IN THE DISTRICT COURT OF PULASKI COUNTY, ARKANSAS

PULASKI COUNTY DISTRICT COURT
3001 West Roosevelt
Little Rock, Arkansas 72204
Tele (501) 340-6830 / Fax (501) 340-6899

8FILED
07/09/26 13:37:46
Carol L. Wilkins
Pulaski County District Court
Pulaski County Arkansas

SMALL CLAIMS DIVISION
ANSWER / COUNTERCLAIM

Bradley Burchfield
Plaintiff (Same as listed on complaint form)

Case No. PCSC-26-189

5420 Kavanaugh Blvd #7927
Street Address

Little Rock | AR | 72217
City | State | Zip

479-223-0038
Telephone

VS

Alibaba.com US E-Commerce Corp., et al
Defendant (Same as listed on complaint form)

A copy of your answer or counterclaim must be filed with the Court within 30 days for Arkansas residents or 30 days for non-residents from the date you receive this summons and a copy delivered or mailed to the plaintiff or his attorney (if applicable), or a default judgment may be entered against you.

CHECK ONE:

A. ____ I admit everything in the complaint. (If you checked"A", you do not have to appear in court.)
B. ____ I admit that I am responsible, but not for the total amount claimed by Plaintiff. (Explain below)
C. ✓ I deny that I am responsible at all. (Explain below)
D. ____ I deny that I am responsible at all, and wish to file a counterclaim against the Plaintiff as indicated below.

If you checked "B", "C" or "D", briefly explain the reasons for your answer.

B.C.D See attachment

AMOUNT OF COUNTERCLAIM $ ____________

I STATE THAT THE INFORMATION CONTAINED IN THIS ANSWER IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. I HAVE SENT A COPY OF THIS ANSWER OR COUNTERCLAIM TO THE PLAINTIFF AT THE ABOVE ADDRESS.

DATE: July 7, 2026

/s/ Harold Gong
Signature of Defendant or Defendant's Attorney

7801 FOLSOM BOULEVARD 202
Street Address

SACRAMENTO | CA | 95826
City | State | Zip

Telephone

Original - Court (White Copy)
2nd Copy - Defendant (Yellow Copy)
3rd Copy - Plaintiff (Pink Copy)

KEEP A COPY OF THIS ANSWER

COMPLETE THIS ANSWER AND MAIL THE ORIGINAL TO PULASKI COUNTY DISTRICT COURT, 3001 WEST ROOSEVELT, LITTLE ROCK, ARKANSAS 72204, (501) 340-6830

***Bradley Burchfield v. Alibaba.com US E-Commerce Corp., et al.***
**Case No. PCSC-26-189; Pulaski County District Court, Small Claims Division**

**Attachment to Answer of Defendant Alibaba.com US E-Commerce Corp.**

Alibaba.com US E-Commerce Corp. denies that it is responsible for any claim(s) asserted in Plaintiff's Complaint and denies the allegations in Plaintiff's Complaint to the extent that they are directed at Alibaba.com US E-Commerce Corp.

This Court lacks personal jurisdiction over Alibaba.com US E-Commerce Corp. in this lawsuit because Alibaba.com US E-Commerce Corp.: (a) is a Delaware corporation with its main business office in New York; (b) does not have any office or employee in Arkansas; (c) is not registered to do business in Arkansas; (d) did not participate in or supervise the transaction allegedly at issue in this lawsuit, which—according to documents attached to Plaintiff's Complaint—involved an alleged purchase of a chemical product by Burchfield Sales and Consulting LLC from a Chinese company called Zichang New Materials (Shandong) Co., Ltd.; (e) did not have any communications with Plaintiff about that chemical product or that alleged purchase; and (f) did not otherwise engage in any lawsuit-related conduct that created a substantial connection with Arkansas.

Alibaba.com US E-Commerce Corp. is not liable to Plaintiff for any claim(s) asserted in Plaintiff's Complaint because—if the chemical product at issue in this lawsuit was not delivered to Plaintiff as alleged in his Complaint—any alleged non-delivery of that chemical product was the responsibility of the alleged seller (Zichang New Materials (Shandong) Co., Ltd.) and/or one or more other companies or entities for which Alibaba.com US E-Commerce Corp. was not and is not responsible.

Alibaba.com US E-Commerce Corp. is not liable to Plaintiff for any claim(s) asserted in Plaintiff's Complaint because Plaintiff is not the proper party—and lacks standing—to assert any such claim(s) because Burchfield Sales and Consulting LLC (not Plaintiff) was the alleged purchaser of the chemical product, as shown by documents attached to Plaintiff's Complaint.

To the extent that Plaintiff's Complaint and/or other filings might be construed as attempting to hold Alibaba.com US E-Commerce Corp. liable based on an "alter ego" argument or an argument that the corporate veil should be pierced, Alibaba.com US E-Commerce Corp. objects to those arguments and states that they lack merit.