**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**Central Division**

| | |
|---|---|
| BRADLEY BURCHFIELD,<br><br>Plaintiff,<br><br>v.<br><br>ALIBABA.COM SINGAPORE E-COMMERCE PRIVATE LIMITED, *et al.*,<br><br>Defendants. | No. 4:26-cv-00827-LPR |

**DEFENDANT ALIBABA.COM US E-COMMERCE CORP.'S RESPONSE TO PLAINTIFF'S EXPEDITED MOTION TO TEMPORARILY RESTRICT ACCESS AND REQUIRE A NARROWLY REDACTED SUBSTITUTE UNDER FEDERAL RULE OF CIVIL PROCEDURE 5.2(D) AND (E)**

Defendant Alibaba.com US E-Commerce Corp. hereby responds to Plaintiff's Expedited Motion to Temporarily Restrict Access and Require a Narrowly Redacted Substitute Under Federal Rule of Civil Procedure 5.2(D) and (E) ("Plaintiff's Motion") (ECF No. 10) and Brief in Support ("Plaintiff's Brief") (ECF No. 11).

Plaintiff's Motion focuses on Exhibit 2 to the Notice of Removal ("Exhibit 2"), which consists of excerpts from a Lexis/Nexis report compiling publicly available information about Plaintiff that was filed with redactions that met—and, in fact, exceeded—the requirements of Rule 5.2(a) of the Federal Rules of Civil Procedure. Before filing that exhibit, counsel redacted telephone numbers, birth dates (except for the year), addresses (except for the city, state, and zip code), email addresses, social security numbers, vehicle information (license plate numbers, VINs), and other information. Thus, the suggestion in Plaintiff's Brief (at pages 1-2) regarding

what is publicly available in Exhibit 2 is incorrect. Moreover, anyone with access to Lexis/Nexis has access to the information compiled in Exhibit 2, including the information that was redacted.

Plaintiff's Motion and Plaintiff's Brief are based on a misconception regarding the burden of proof that a defendant must satisfy when removing a lawsuit from state court to federal court based on diversity jurisdiction. When filing the Notice of Removal, counsel believed in good faith that the information in Defendants' Exhibit 2 was relevant and necessary to present to the Court. Plaintiff's Motion and Plaintiff's Brief now apparently concede Plaintiff's Arkansas citizenship, but those filings were not submitted until ***after*** the Notice of Removal and Exhibit 2 were filed.

As for the specific relief sought in Plaintiff's Motion, Alibaba.com US E-Commerce Corp. defers to the Court's preference regarding what should be done with Exhibit 2. To the extent that Plaintiff seeks to have that exhibit filed under seal in its entirety, Alibaba.com US E-Commerce Corp. would not oppose such an order. To the extent that Plaintiff seeks to have a version of Exhibit 2 with additional redactions substituted in place of the version of Exhibit 2 that is currently part of the record in this case, Alibaba.com US E-Commerce Corp. is willing to consider any additional redactions that Plaintiff may propose (which is not clear from Plaintiff's Motion or Plaintiff's Brief).[1]

By filing this response to address the narrow procedural issue presented in Plaintiff's Motion, Alibaba.com US E-Commerce Corp. does not waive any—and reserves the right to assert in the future all—defenses, including but not limited to lack of personal jurisdiction.

---

[1] Exhibit A-1 to Plaintiff's Brief is not relevant to the issues presented in Plaintiff's Motion or Plaintiff's Brief and is not relevant to any claims or defenses in this lawsuit, so there is no need for Alibaba.com US E-Commerce Corp. to address Exhibit A-1 in more detail here. Moreover, Alibaba.com US E-Commerce Corp. and counsel deny Plaintiff's baseless accusations regarding threatening emails and/or a personal attack.

Dated: August 18, 2026

Respectfully submitted,

McDANIEL WOLFF, PLLC

Bart W. Calhoun, No. 2011221
Brittany D. Webb, No. 2023139
Ginny Ashcraft, No. 2023232
McDaniel Wolff, PLLC
1307 West 4th Street
Little Rock, AR 72201
(501) 954-8000
bart@mcdanielwolff.com
bwebb@mcdanielwolff.com
gashcraft@mcdanielwolff.com

and

BALANCE LAW FIRM

B. Robert Liu (NY Bar: 5697552)
1 World Trade Center, Suite 8500
New York, NY 10007
(212) 741-8080
robert.liu@balancelawfirm.com

*Attorneys for Defendants Alibaba Group Holding Limited and Alibaba.com US E-Commerce Corp.*

CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that, because Plaintiff is proceeding *pro se* and is not a registered CM/ECF participant, I served a true and correct copy of the foregoing via United States First-Class Mail, postage prepaid, addressed to Plaintiff as follows:

Bradley Burchfield
5420 Kavanaugh Blvd. #7927
Little Rock, AR 72217

/s/ Bart W. Calhoun
Bart W. Calhoun, Ark. Bar No. 2011221