Case: 4:26-cv-00827-LPR

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 24 2026
TAMMY H. DOWNS, CLERK
By: [signature] DEP CLERK

HAROLD GONG
7801 FOLSOM BOULEVARD 202
SACRAMENTO CA 95826

-----------------------------------------------------

OURT E RTS
COURTHOUSE
3325

LITTLE ROCK AR 720
2 SEP 2026 AM 4

quadient
FIRST-CLASS MAIL
IMI
$000.78⁰
09/01/2026 ZIP 72201
043M31260289
US POSTAGE

STERN DI... ANSAS
2026 SEP 24 A 10:57
TAMMY H DOWNS

64039-1N 009 09/18/26

RN TO SENDER
LE TO FORWARD
LE TO FORWARD
RN TO SENDER

Please List Business name you are serving! NOt the Individual Unable to forward!