FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 15 2026

TAMMY H. DOWNS, CLERK
By: DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRADLEY BURCHFIELD PLAINTIFF

v. Case No. 4:26-cv-00827-DPM-JJV

ALIBABA.COM SINGAPORE E-COMMERCE PRIVATE LIMITED, et al. DEFENDANTS

**DECLARATION SUPPORTING THE APPLICATION FOR ENTRY OF DEFAULT AGAINST ALIBABA GROUP HOLDING LIMITED**

I, Bradley Burchfield, declare as follows:

1. I am the Plaintiff in Case No. 4:26-cv-00827-DPM-JJV. This declaration describes the court records identified below. It does not state that I personally witnessed delivery of original process to an authorized AGHL representative.

2. The state-court docket reproduced at ECF No. 1, page 11, includes a June 12, 2026 entry recording service of the summons and complaint on defendant number 3, Alibaba Group Holding Limited, on June 8, 2026 by certified mail. Exhibit A is a copy of that page and the following docket page.

3. The same removal record includes returned papers. Page 19 bears the words NOT THE AGENT. Pages 20, 30, and 40 include returned-mail images and handwritten statements that the complaint was mailed back. Exhibit B contains those four pages. I present those records together with the docket entry and do not omit the information raising a question about the recipient's authority.

4. The August 13, 2026 Notice of Removal identifies AGHL and Alibaba.com US E-Commerce Corp. as the removing defendants. The federal docket lists AGHL's corporate disclosure at ECF No. 8. The answer at ECF No. 4 identifies Alibaba.com US E-Commerce Corp. as the answering defendant.

5. The docket record reviewed for this application extends through ECF No. 33. It lists no AGHL answer, separate Rule 12 motion, clerk's entry of default, or order extending AGHL's response deadline. I ask the Clerk to check the current docket before acting.

6. My application requests a determination of the legal effect of the June 8 service notation and the returned papers. I am not representing that the Court has already resolved that issue or that a default judgment has already been entered.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. Section 1746.

Executed on 10/15/26, 2026.

Bradley Burchfield
Bradley Burchfield

**CERTIFICATE OF SERVICE**

I certify that on 10/15/26, 2026, I served a true and correct copy of this filing, including any accompanying exhibits or proposed order, by EMF/ECF UPLOAD, on the following counsel. Additional service, if required, is identified below.

B. Robert Liu
Balance Law Firm
1 World Trade Center, Suite 8500
New York, NY 10007

Bart W. Calhoun, Brittany D. Webb, and Ginny Ashcraft
McDaniel Wolff, PLLC
1307 West 4th Street
Little Rock, AR 72201

Additional recipients or authorized service method: ______________________________

Bradley Burchfield
Bradley Burchfield

**Exhibit A - State court docket in ECF No 1 pages 11 and 12 - ECF No. 1, page 11**



PCSC-26-189

PULASKI COUNTY DISTRICT COURT
DOCKET SHEET

**BURCHFIELD V ALIBABA GROUP HOLDING LIMITED ETAL.**

Filed: 01-JUN-2026 Security Level: 1 Sealed Ind (3 is SEALED): 1 Reason:

Court: 60 PULASKI Location: PC PULASKI COUNTY DISTRICT COURT Case Type: SQ SC-DEBT OPEN ACCOUNT

**PARTIES**

J - DISTRICT JUDGE OF PULASKI COUNTY
P - BRADLEY BURCHFIELD
D - ALIBABA.COM SINGAPORE E-COMMERCE PRIVATE LIMITED
D - ALIBABA.COM US E-COMMERCE CORP
D - ALIBABA GROUP HOLDING LIMITED
D - ZICHANG NEW MATERIALS (SHANDONG) CO. LTD

**EVENTS**

**DOCKETS**

01-JUN-26 - SUMMONS ISSUED

01-JUN-26 - DATE CLAIM AROSE

01-JUN-26 - SC COMPLAINT FILED $65

01-JUN-26 - SUMMONS - CERT MAIL/REST DELIV

01-JUN-26 - SUMMONS - CERT MAIL/REST DELIV

01-JUN-26 - SUMMONS - CERT MAIL/REST DELIV

01-JUN-26 - SUMMONS - CERT MAIL/REST DELIV

I certify this copy is a true copy of the document on file with Pulaski County District Court
Case # PCSC-26-189
Deputy Date

01-JUN-26 - PAYMENT RECEIVED - A Payment of -$140.52 was made on receipt 60PC269419.

01-JUN-26 - MOTION OTHER - PLAINTIFFS MOTION FOR LEAVE TO PROCEED UNDER ALTER-EGO/ PIERCING-CORPORATE-VEIL THEORY AND TO REQUIRE THE PROPER ALIBABA.COM ENTITY TO ANSWER.

02-JUN-26 - PAYMENT VOIDED - Receipt Number 60PC269419 has been voided.

03-JUN-26 - PAYMENT RECEIVED - A Payment of -$140.52 was made on receipt 60PC269559.

11-JUN-26 - SUMMONS SERVED - BURCHFIELD, BRADLEY - SUMMONS AND COMPLAINT SERVED TO DEFENDANT #1 INCORPORATING SERVICES LTD. ON JUNE 8,2026 AT 11:46 AM PER CERTIFIED MAIL.

11-JUN-26 - SUMMONS SERVED - BURCHFIELD, BRADLEY - SUMMONS AND COMPLAINT SERVED TO DEFENDANT #2 INCORPORATING SERVICES LTD. ON JUNE 8,2026 AT 11:46 AM PER CERTIFIED MAIL.

12-JUN-26 - SUMMONS SERVED - SUMMONS AND COMPLAINT SERVICE TO DEFENDANT #3 ALIBABA GROUP HOLDING LIMITED ON JUNE 8 2026 BY CERTIFIED MAIL

Printed: 7/22/2026

**Exhibit A - State court docket in ECF No 1 pages 11 and 12 - ECF No. 1, page 12**



**PCSC-26-189**

22-JUN-26 - MOTION OTHER - BURCHFIELD, BRADLEY - PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT REMOVE CASE FROM SMALL CLAIMS DIVISION AND TRANSFER CASE TO CORCUIT COURT

22-JUN-26 - MOTION OTHER - BURCHFIELD, BRADLEY - PLAINTIFF'S FEDERAL MOTION FOR LEAVE TO PROCEED UNDER ALTER EGO/PIERCING CORPORATE VEIL THEORY TO SUPPLEMENT OR AMEND THE PLEADINGS AND FOR LIMITED JURISDICTIONAL AND VEIL PIERCING DISCOVERY

02-JUL-26 - EXHIBITS - BURCHFIELD, BRADLEY

09-JUL-26 - ANSWER DENYING CLAIM - ALIBABA.COM US E-COMMERCE CORP

16-JUL-26 - ORDER TRANSFER TO CIRCUIT - BURCHFIELD, BRADLEY

16-JUL-26 - TRANSFER TO CIRCUIT COURT

17-JUL-26 - OBJECTION - BURCHFIELD, BRADLEY - PLAINTIFF'S OBJECTION TO UNTIMELY AND UNSERVED ANSWER OF ALIBABA.COM USE-COMMERCE CORP., RENEWED REQUEST FOR DEFAULT JUDGMENT AND LIMITED-PURPOSE NOTICE OF OUT OF COURT REFUND/SETTLEMENT EMAILS

DISTRICT COURT

Printed: 7/22/2026

**Exhibit B - Returned papers in ECF No 1 pages 19 20 30 and 40 - ECF No. 1, page 19**

Case 4:26-cv-00827-DPM-JJV Document 1 Filed 08/13/26 Page 19 of 152

erv

Services, Ltd.
Pont Highway | Dover, DE 19901

PITNEY BOWES $3.56 US POSTAGE FIRST-CLASS

NOT THE AGENT!

Pulaski County District Court
3001 W. Roosevelt
Little Rock, AR. 72204

**Exhibit B - Returned papers in ECF No 1 pages 19 20 30 and 40 - ECF No. 1, page 20**






Complaint was mailed back

**Exhibit B - Returned papers in ECF No 1 pages 19 20 30 and 40 - ECF No. 1, page 30**

Case 4:26-cv-00827-DPM-JJV Document 1 Filed 08/13/26 Page 30 of 152



Complaint was mailed back

**Exhibit B - Returned papers in ECF No 1 pages 19 20 30 and 40 - ECF No. 1, page 40**

Case 4:26-cv-00827-DPM-JJV Document 1 Filed 08/13/26 Page 40 of 152




Complaint was mailed back