**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BRADLEY BURCHFIELD** **PLAINTIFF**

**VS.** **CASE NO. 4:26-CV-00827-DPM-JJV**

**ALIBABA GROUP HOLDING LIMITED** **DEFENDANTS**

**CLERK'S DENIAL OF REQUEST FOR ENTRY OF DEFAULT**

The request for clerk's entry of default pursuant to Rule 55 of the Federal Rules of Civil Procedure (Dkt. No. [34]) is denied for the following reason(s):

☐ The time limit for filing a response, as set by the Federal Rules of Civil Procedure or as fixed by the Court, has not expired.

☒ The plaintiff(s) did not provide an affidavit or affirmation setting forth proof of service.

☐ The defendant(s) filed a responsive pleading within the time limit set by the Federal Rules of Civil Procedure or as fixed by the Court.

☐ The request did not include a statement that the defendant(s) are not in military service, as required by 50 U.S.C. App. § 521.

SIGNED this 16th day of October, 2026.

TAMMY H. DOWNS, CLERK

By: B. Hibbs
Deputy Clerk