**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**Central Division**

| | |
|---|---|
| BRADLEY BURCHFIELD,<br><br>Plaintiff,<br><br>v.<br><br>ALIBABA GROUP HOLDING LIMITED, *et al.*,<br><br>Defendants. | No. 4:26-cv-00827-DPM-JJV |

**DEFENDANT ALIBABA GROUP HOLDING LIMITED'S MOTION TO DISMISS**

Pursuant to Rule 12(b)(2) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Alibaba Group Holding Limited ("AGHL") files this motion to dismiss. For the reasons stated in more detail in the accompanying Brief in Support, the Court should dismiss AGHL from this breach-of-contract lawsuit because Plaintiff cannot satisfy his burden of establishing that this Court has personal jurisdiction over AGHL in this case. In the alternative, the Court should dismiss AGHL from this lawsuit based on: (a) res judicata principles; (b) the applicable statute of limitations; and/or (c) the lack of a contract between AGHL and Plaintiff.

Dated: October 29, 2026

Respectfully submitted,

McDANIEL WOLFF PLLC

Bart W. Calhoun, No. 2011221
Brittany D. Webb, No. 2023139
Ginny Ashcraft, No. 2023232
1307 West 4th Street
Little Rock, AR 72201
(501) 954-8000
bart@mcdanielwolff.com
bwebb@mcdanielwolff.com
gashcraft@mcdanielwolff.com

and

BALANCE LAW FIRM

B. Robert Liu (NY Bar: 5697552)
1 World Trade Center, Suite 8500
New York, NY 10007
(212) 741-8080
robert.liu@balancelawfirm.com

*Attorneys for Defendants Alibaba Group Holding Limited and Alibaba.com US E-Commerce Corp.*

CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2026, I electronically filed the foregoing Motion to Dismiss and the accompanying Brief in Support (and exhibits attached thereto) with the Clerk of the Court using the CM/ECF system. I further certify that, because Plaintiff is proceeding *pro se* and is not a registered CM/ECF participant, I served a true and correct copy of the aforementioned documents via United States First-Class Mail, postage prepaid, addressed to Plaintiff as follows:

Bradley Burchfield
5420 Kavanaugh Blvd. #7927
Little Rock, AR 72217

/s/ Brittany D. Webb
Brittany D. Webb, Ark. Bar No. 2023139