**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**Central Division**

| | |
|---|---|
| BRADLEY BURCHFIELD,<br><br>Plaintiff,<br><br>v.<br><br>ALIBABA.COM SINGAPORE E-COMMERCE PRIVATE LIMITED, *et al.*,<br><br>Defendants. | No. 4:26-cv-00827-DPM-JJV |

**DEFENDANT ALIBABA.COM US E-COMMERCE CORP.'S OPPOSITION TO PLAINTIFF'S MOTION FOR A RULING ON THE PENDING ANSWER OBJECTION, FOR CLARIFICATION OF THE ROLE OF HAROLD GONG, AND FOR PRIORITY CONSIDERATION**

Without waiving any defenses asserted in its Answer, Defendant Alibaba.com US E-Commerce Corp. files this Opposition to Plaintiff's Motion for a Ruling on the Pending Answer Objection, for Clarification of the Role of Harold Gong, and for Priority Consideration ("Plaintiff's Motion") (ECF No. 37) and Brief in Support (ECF No. 38).

Plaintiff's Motion should be denied. It is another example of Plaintiff wasting the Court's time by filing papers that unnecessarily complicate matters without advancing the ball towards a resolution of this litigation.

***First***, there is no need for the Court to do anything to clarify the role of Harold Gong. While this lawsuit was pending in small claims court (Pulaski County District Court), Alibaba.com US E-Commerce Corp. filed its Answer (ECF No. 4) in that court. Mr. Gong signed that Answer on behalf of Alibaba.com US E-Commerce Corp. but not as an outside attorney representing that company. In Pulaski County small claims cases, parties are not represented by attorneys. After this

lawsuit was transferred to the Circuit Court of Pulaski County, Arkansas at Plaintiff's request, this lawsuit was removed to this Court. Since that removal, undersigned counsel have been counsel of record for Alibaba.com US E-Commerce Corp. in this lawsuit, so there should be no confusion regarding how (or on whom) Plaintiff is required to serve his filings on Alibaba.com US E-Commerce Corp. They should be served on undersigned counsel. Mr. Gong is not admitted to practice in this Court, and he has not said or done anything to suggest that he is outside counsel for Alibaba.com US E-Commerce Corp. in this lawsuit, so there is no need for any filings to be served on Mr. Gong.

***Second***, Plaintiff's Motion complains that the answer filed by Alibaba.com US E-Commerce Corp. in small claims court was late by one day, but his attempt to take advantage by requesting an entry of default against Alibaba.com US E-Commerce Corp. is unavailing. The "law favors decisions on the merits." *Holyoke Mut. Ins. Co. v. East Arkansas Area Agency on Aging, Inc.*, No. 3:17-cv-83-DPM, 2018 WL 316024, at *2 (E.D. Ark. Jan. 5, 2018), and there is no basis to conclude that a one-day delay caused any prejudice to Plaintiff. Therefore, the Court should reject his default argument. If the Court concludes that the record should be developed regarding this issue before it issues a ruling, Alibaba.com US E-Commerce Corp. requests notice and an opportunity to present further briefing regarding this issue.

***Finally***, Plaintiff's Motion (Paragraph 4) discusses the docket sheet—which, when Plaintiff filed that motion, showed that only one defendant had filed a response to the Complaint (Alibaba.com US E-Commerce Corp.'s answer)—and states that other defendants had not responded to the Complaint. That discussion is unnecessary and begs the obvious question of whether Plaintiff had effected service of process on any of the other companies named as

defendants in this lawsuit. To undersigned counsel's knowledge, Plaintiff did not do so, which would explain the lack of responses by other defendants.

For the foregoing reasons, the Court should deny Plaintiff's Motion.

Dated: October 29, 2026

Respectfully submitted,

McDANIEL WOLFF PLLC

Bart W. Calhoun, No. 2011221
Brittany D. Webb, No. 2023139
Ginny Ashcraft, No. 2023232
1307 West 4th Street
Little Rock, AR 72201
(501) 954-8000
bart@mcdanielwolff.com
bwebb@mcdanielwolff.com
gashcraft@mcdanielwolff.com

and

BALANCE LAW FIRM

B. Robert Liu (NY Bar: 5697552)
1 World Trade Center, Suite 8500
New York, NY 10007
(212) 741-8080
robert.liu@balancelawfirm.com

*Attorneys for Defendants Alibaba Group Holding Limited and Alibaba.com US E-Commerce Corp.*

CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2026, I electronically filed the foregoing opposition with the Clerk of the Court using the CM/ECF system. I further certify that, because Plaintiff is proceeding *pro se* and is not a registered CM/ECF participant, I served a true and correct copy of the foregoing opposition via United States First-Class Mail, postage prepaid, addressed to Plaintiff as follows:

Bradley Burchfield
5420 Kavanaugh Blvd. #7927
Little Rock, AR 72217

/s/ Brittany D. Webb
Brittany D. Webb, Ark. Bar No. 2023139