FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 30 2026
TAMMY H. DOWNS, CLERK
By: ___ DEP CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

BRADLEY BURCHFIELD PLAINTIFF

v. No. 4:26-cv-00827-DPM-JJV

ALIBABA.COM SINGAPORE E-COMMERCE PRIVATE LIMITED, et al. DEFENDANTS

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY
TO ECF 49 IN FURTHER SUPPORT OF ECF 37**

Plaintiff Bradley Burchfield moves under Local Rule 7.2(b) for leave to file the attached proposed reply to Alibaba.com US E-Commerce Corp.'s opposition, ECF 49. Plaintiff also submits a separate supporting brief. ECF 49 responds to Plaintiff's motion and brief, ECF 37 and 38; the requested paper is therefore a reply, not a surreply.

Good cause exists because ECF 49 provides a specific explanation of Gong's signing role, asserts that other entities have not been served, and disputes the significance of the state-court answer's timing. The proposed reply addresses those explanations, the contemporaneous ECF 47–48 service election by AGHL, and the distinct roles of the U.S. and Singapore entities.

The proposed reply attaches the three Trade Assurance messages dated June 18, June 22, and July 7, 2026. Plaintiff seeks consideration only for a permissible procedural purpose, subject to Federal Rule of Evidence 408 and authentication. He does not offer settlement proposals to establish liability, damages, an acknowledgment reviving limitations, or completed service of process.

The reply narrows the requested clarification to the entity and capacity in which Gong acted, the scope of the existing answer, and the application of response and waiver rules to filings actually made for each defendant. It does not presume that a filing by the U.S. company

was also Singapore's filing, or that an AGHL motion waived a personal-jurisdiction defense it expressly raised.

Plaintiff asks the Court to accept the attached proposed reply and exhibits for filing, or permit him to file them within seven days after leave is granted. If the Court considers additional evidence, Plaintiff does not object to a reasonable, limited opportunity for the affected defendant to respond. This request does not stay or extend any existing deadline.

Respectfully submitted,

Bradley Burchfield

Bradley Burchfield, Plaintiff, pro se
5420 Kavanaugh Blvd. #7927
Little Rock, AR 72217
Telephone: (479) 223-0038
Email: burchfieldbradley123@gmail.com

Date: 10/30/26

## CERTIFICATE OF SERVICE

I certify that on 10/30/26, I served a true and correct copy of this Motion for Leave, the accompanying brief, and the attached proposed reply with Reply Exhibits A–C on the counsel listed below by the method actually used and marked here:

[✓] Authorized CM/ECF filing, with a Notice of Electronic Filing confirming electronic service on the listed registered counsel.

[ ] United States First-Class Mail, postage prepaid, addressed to counsel at the addresses below.

[ ] Other method authorized by Rule 5(b) or court order: ______________________________.

Bart W. Calhoun; Brittany D. Webb; Ginny Ashcraft
McDaniel Wolff PLLC
1307 West 4th Street
Little Rock, AR 72201
bart@mcdanielwolff.com; bwebb@mcdanielwolff.com;
gashcraft@mcdanielwolff.com

B. Robert Liu
Balance Law Firm
1 World Trade Center, Suite 8500
New York, NY 10007
robert.liu@balancelawfirm.com

Counsel for Alibaba Group Holding Limited and Alibaba.com US E-Commerce Corp., as identified in ECF 47 and 49.

Other recipients and service methods, if required: ______________________________
______________________________________________________________________

Bradley Burchfield (signature)
Bradley Burchfield