FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 30 2026
TAMMY H. DOWNS, CLERK
By: DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

BRADLEY BURCHFIELD PLAINTIFF

v. No. 4:26-cv-00827-DPM-JJV

ALIBABA.COM SINGAPORE E-COMMERCE
PRIVATE LIMITED, et al. DEFENDANTS

**DECLARATION OF BRADLEY BURCHFIELD**
**AUTHENTICATING REPLY EXHIBITS A–C AND**
**REGARDING PERSONAL FUNDING AND FINANCIAL LOSS**

I, Bradley Burchfield, declare as follows:

1. I am the Plaintiff in this action. I have personal knowledge of my receipt and retention of the emails described below, the funds I supplied for the transaction, and the loss I personally bore.

2. Reply Exhibit A, at page 116 of the exhibit packet, is a true and correct copy of the June 18, 2026 email displayed in my email account concerning Trade Assurance Order No. 919060905010275 82. Reply Exhibit B, at pages 117–118, is a true and correct two-page copy of the June 22, 2026 email concerning that order. Reply Exhibit C, at page 119, is a true and correct copy of the July 7, 2026 email concerning that order.

3. The copies reflect the messages as displayed in my account, including the visible sender, recipient, subject, dates, and text. I have reviewed the attached copies against my records. No substantive language has been added or changed in these copies. Exhibit labels and the exhibit index are separate from the reproduced messages.

4. This declaration authenticates my receipt and copies of those messages. I do not have personal knowledge, merely from their sender name, of the particular corporate employer of the

person who wrote them or the extent of that person's litigation authority. I do not represent that the word "complaint" alone proves receipt of a filed court complaint or valid service of process.

5. The emails described above concern Trade Assurance Order No. 91906090501027582, dated June 1, 2021, involving Zichang New Materials (Shandong) Co., Ltd.

6. I personally provided all funds used to make the $736.38 payment associated with that order. The money used for that payment came from my own funds.

7. At the time of the transaction, Burchfield Sales and Consulting LLC had no bank account and did not fund the transaction. I was then its sole member and owner and its only employee.

8. Although the LLC's name appears in the contract or receipt, I personally bore the economic loss associated with the payment and alleged nondelivery. My claimed personal financial loss includes the money I supplied for this specific transaction.

9. I submit these facts to explain my personal funding and the loss I personally bore. I am seeking relief on my own behalf and am not appearing as legal counsel for Burchfield Sales and Consulting LLC.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 10/30/26, at Little Rock, AR.

Respectfully submitted,

Bradley Burchfield

Bradley Burchfield, Plaintiff, pro se
5420 Kavanaugh Blvd. #7927
Little Rock, AR 72217
Telephone: (479) 223-0038
Email: burchfieldbradley123@gmail.com

Date: 10/30/26

## CERTIFICATE OF SERVICE

I certify that on 10/30/26, I served a true and correct copy of this Declaration Authenticating Reply Exhibits A–C and Regarding Personal Funding and Financial Loss on the counsel listed below by the method actually used and marked here:

[✓] Authorized CM/ECF filing, with a Notice of Electronic Filing confirming electronic service on the listed registered counsel.

[ ] United States First-Class Mail, postage prepaid, addressed to counsel at the addresses below.

[ ] Other method authorized by Rule 5(b) or court order: ______________________________.

Bart W. Calhoun; Brittany D. Webb; Ginny Ashcraft
McDaniel Wolff PLLC
1307 West 4th Street
Little Rock, AR 72201
bart@mcdanielwolff.com; bwebb@mcdanielwolff.com;
gashcraft@mcdanielwolff.com

B. Robert Liu
Balance Law Firm
1 World Trade Center, Suite 8500
New York, NY 10007
robert.liu@balancelawfirm.com

Counsel for Alibaba Group Holding Limited and Alibaba.com US E-Commerce Corp., as identified in ECF 47 and 49.

Other recipients and service methods, if required: ______________________________
______________________________________________________________________________

Bradley Burchfield (signature)
Bradley Burchfield