AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:26-cv-00827-DPM-JJV

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ______________ .

☐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , a person of suitable age and discretion who resides there, on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* B. Robert Liu, Esq. , who is designated by law to accept service of process on behalf of *(name of organization)* Alibaba Group Holding Limited on *(date)* 10/30/26 4:47 p.m. ; or

☐ I returned the summons unexecuted because ______________________ ; or

☑ Other *(specify)*: Counsel accepted service 11/2/26 in attached email.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ~~10/31/26~~ 11/2/26

[signature] Bradley Burchfield
*Server's signature*

Bradley Burchfield
*Printed name and title*

5420 Kavanaugh Blvd #7927
Little Rock, AR 72217
*Server's address*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 02 2026
TAMMY H. DOWNS, CLERK
By: [signature] DEP CLERK

Additional information regarding attempted service, etc:

Gmail **Burchfield Bradley <burchfieldbradley123@gmail.com>**

---

## 4:26-CV-00827 AGHL SUMMONS AND COMPLAINT

1 message

---

**Burchfield Bradley** <burchfieldbradley123@gmail.com> Fri, Oct 30, 2026 at 4:47 PM
To: "B. Robert Liu, Esq." <robert.liu@balancelawfirm.com>, Brittany Webb <bwebb@mcdanielwolff.com>, Bart Calhoun <bart@mcdanielwolff.com>, Ginny Ashcraft <gashcraft@mcdanielwolff.com>, Chandler Sullivan <csullivan@mcdanielwolff.com>
Bcc: [redacted]usdoj.gov, [redacted]@usdoj.gov>, [redacted] [redacted]@usdoj.gov>, [redacted]@usdoj.gov>, [redacted] [redacted]@usdoj.gov>, [redacted]@usdoj.gov

Please see attached reissued summons and original operative complaint. As previously agreed upon for service of this defendant does AGHL accept this service? Will you also accept service on Alibaba Singapore and Alibaba US?

One question Mr. Liu, what is an attempt of a Class Y felony in the state of Arkansas and the associated statute of limitations?

I do have an objection to the filing of my criminal record after speaking to [redacted] yesterday, local attorney, anything 10 years or older isn't admissible unless it's a crime of turpitude. Something like fraud that would attest to my integrity. [redacted]

Have a good weekend Mr. Liu.

Bradley Burchfield
479-223-0038
burchfieldbradley123@gmail.com
burchfieldbradley123@icloud.com
ID#2503103532

---

**2 attachments**

**AGHL REISSUED SUMMONS.pdf**
784K

**OG SMALL CLAIMS COMPLAINT.pdf**
687K

Gmail **Burchfield Bradley <burchfieldbradley123@gmail.com>**

---

## 4:26-CV-00827 AGHL SUMMONS AND COMPLAINT

---

**B. Robert Liu, Esq.** <robert.liu@balancelawfirm.com> Mon, Nov 2, 2026 at 10:17 AM
To: Burchfield Bradley <burchfieldbradley123@gmail.com>
Cc: Brittany Webb <bwebb@mcdanielwolff.com>, Bart Calhoun <bart@mcdanielwolff.com>, Ginny Ashcraft <gashcraft@mcdanielwolff.com>, Chandler Sullivan <csullivan@mcdanielwolff.com>

Mr. Burchfield,

I accept this service of process on behalf of AGHL, solely for this lawsuit, without waiving any of AGHL's defenses.

I am not authorized to accept service of process for Alibaba Singapore E-Commerce Private Limited; that defendant must be served through the Hague Convention.

Regarding your question about "Alibaba US," I assume you mean Defendant Alibaba.com US E-Commerce Corp. Before this lawsuit was removed to federal district court, you had already served that defendant, and it had filed an answer. Therefore, you do not need to serve that defendant again.

B. Robert Liu, Esq.
Balance Law Firm
One World Trade Ctr, Ste 8500
New York, NY 10007
balancelawfirm.com
(212) 741-8080
(631) 490-4465 fax

CFA Institute
CFA®
CHARTERHOLDER
BEIXIAO LIU, CFA

RATED BY Super Lawyers
Rising Stars
Beixiao Robert Liu
SuperLawyers.com

[Quoted text hidden]

Gmail

**Burchfield Bradley <burchfieldbradley123@gmail.com>**

---

## 4:26-CV-00827 AGHL SUMMONS AND COMPLAINT

---

**Burchfield Bradley** <burchfieldbradley123@gmail.com> Mon, Nov 2, 2026 at 10:21 AM
To: "B. Robert Liu, Esq." <robert.liu@balancelawfirm.com>
Cc: Brittany Webb <bwebb@mcdanielwolff.com>, Bart Calhoun <bart@mcdanielwolff.com>, Ginny Ashcraft <gashcraft@mcdanielwolff.com>, Chandler Sullivan <csullivan@mcdanielwolff.com>

Thanks for accepting Mr. Liu.

即使你赢了，你还是输了。

Kind regards.

Bradley Burchfield
479-223-0038
burchfieldbradley123@gmail.com
burchfieldbradley123@icloud.com
ID#2503103532

[Quoted text hidden]

9:54 5G 94

alkalisci.com
Facebook

ASi Alkali Scientific

(0)

What are you looking for?

Need a cross reference? Switch & Save




Authorized Distributor MilliporeSigma

100%

# (±)-Amphetamine solution, 1 X 1 mL (A-007-1ML)

**MilliporeSigma® (Sigma-Aldrich)** SKU: A-007-1ML

$31.52

Net 30 Terms Available

Earn **31** points on this purchase

9:53 5G 94

alkalisci.com
Facebook

ASi Alkali Scientific (0)



Authorized Distributor MilliporeSigma

100% Customer Satisfaction Guaranteed

# (1S,2R)-(+)-Ephedrine-$d_3$ hydrochloride solution, 1 X 1 mL (E-026-1ML)

**MilliporeSigma® (Sigma-Aldrich)** SKU: E-026-1ML

$174.35

Net 30 Terms Available

Earn **174** points on this purchase

9:57 5G 93

alkalisci.com
Facebook

ASi Alkali Scientific (0)

Bulk Discount Available!




Authorized Distributor spectrum® CHEMICAL MFG CORP

100%

# Fentanyl Citrate (CII), USP | Spectrum Chemical®

**Spectrum Chemical®** SKU: F1147-50MG

$449.50

10:20 69

alkalisci.com
Facebook

ASi Alkali Scientific (0)

Authorized Distributor spectrum® CHEMICAL MFG CORP

100% CUSTOMER SATISFACTION GUARANTEED

# Cocaine Hydrochloride (CII), USP | Spectrum Chemical®

**Spectrum Chemical®** SKU: C1408-5GM

$3,986.36

Net 30 Terms Available

Earn **3986** points on this purchase

Cocaine Hydrochloride (CII), USP comes from the leaves of the coca plant and is an ecgonine and tropane alkaloid. It has been used as an appetite suppressant and a stimulant and has addictive qualities. This product is a DEA CONTROLLED SUBSTANCE - SCHEDULE II drug and does require DEA registration by the customer and completion of DEA purch Read More

ADD TO CART

10:20 69

alkalisci.com
Facebook

ASi Alkali Scientific (0)

$3,986.36

Net 30 Terms Available

Earn **3986** points on this purchase

Cocaine Hydrochloride (CII), USP comes from the leaves of the coca plant and is an ecgonine and tropane alkaloid. It has been used as an appetite suppressant and a stimulant and has addictive qualities. This product is a DEA CONTROLLED SUBSTANCE - SCHEDULE II drug and does require DEA registration by the customer and completion of DEA purch Read More

ADD TO CART

**QUANTITY:**

1

*We accept purchase orders from private, public, educational, & government institutions

**FORMAT:** *

5g 25g