FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 0 5 2026

TAMMY H. DOWNS, CLERK
By: DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRADLEY BURCHFIELD PLAINTIFF

v. No. 4:26-cv-00827-DPM-JJV

ALIBABA.COM SINGAPORE E-COMMERCE PRIVATE LIMITED, et al. DEFENDANTS

**SUPPLEMENTAL MOTION TO CORRECT THE ZICHANG DEFENDANT IDENTIFICATION AND SERVICE ADDRESSES AND TO REISSUE ITS SUMMONS**

Plaintiff Bradley Burchfield requests that the Court correct the record identifying the existing Zichang defendant, approve the names and address entries in Schedule A, and permit issuance or amendment of federal summonses under Rules 4(a)(2) and 4(b). If a pleading amendment is required, Plaintiff seeks leave under Rule 15(a)(2) for those identification changes only.

1. This request supplements ECF 46 as to Zichang only. ECF 2 names four defendants, including Zichang, but does not name Shaanxi. The present filing supplies the Shaanxi record for related-case identification only; it does not seek to add Shaanxi through a summons or decide the broader amendment issues raised at ECF 41.

2. The registry materials identify Zhishang New Materials (Jinan) Co., Ltd. under credit code 91370112MA3WPR1G9W and list Zichang as a historical name. Exhibits A–C. The Liu declaration already filed in 00827 states that Zichang became Zhishang (Shandong) in October 2021 and Zhishang (Jinan) in June 2025. Exhibit L, ECF 1-1 at pp. 77–78. The requested former-name entries track that evidence; they do not depend on an alter-ego finding.

3. The current registry address is Room 705, Huayang Building, Jiyang District, Jinan. The July 24, 2026 mailing addressed to Zhishang used Room 1001, Building 1, Hisense Intelligence

Valley, Jinan. USPS reports that item delivered in China on August 15, 2026. Exhibits B–C, F, and H. Plaintiff requests that the record preserve both locations, accurately labeled, and that the delivered-mail destination be included as an additional address in the service materials.

4. Schedule A separately identifies Shaanxi Chuzhan / Shaanxi Bloom and its address, but expressly excludes it from the requested summons relief in this case. If Plaintiff later seeks to join a different defendant, that request will require appropriate leave and a pleading stating the proposed claims; this record correction supplies neither by implication.

5. The attached mailing records support diligence and address identification. Plaintiff does not ask the Court to treat ordinary-mail delivery as completed Hague service, decide who accepted the mailing, or enter default. The Shaanxi and earlier Zichang tracking snapshots do not show delivery. Exhibits G and I.

6. Two proposed Zhishang summonses accompany this motion: one for the delivered-mail address and one for the registered address, both identifying the same corporation and its former names. Plaintiff requests issuance of both copies and the cross-reference of the undelivered Zichang mailing entry to Zhishang's registered address in Schedule A. Each service package must include this case's operative complaint and approved identification order and comply with Rule 4(h)(2), Rule 4(f), and applicable Hague requirements.

7. The Court should identify the operative complaint for service if that remains unresolved under ECF 41 and 46. Removal and transfer alone did not grant the pending motion to amend. A summons issued here should not substitute the complaint in 00611 or import additional defendants from that case.

8. Relief is requested subject to the pending remand proceedings. If subject-matter jurisdiction is lacking, remand under 28 U.S.C. § 1447(c) should proceed without awaiting this

request; the correction materials should accompany the remanded record. Federal summons relief is requested only while this action remains properly before this Court.

Plaintiff requests the specific corrections and summons relief above, after the affected parties have the response opportunity required by the rules. A supporting brief, Schedule A, Exhibits A–M, and a proposed order accompany this motion.

Respectfully submitted,

Bradley Burchfield

Bradley Burchfield, Plaintiff pro se
5420 Kavanaugh Blvd. #7927
Little Rock, Arkansas 72217
479-223-0038 | burchfieldbradley123@gmail.com
Date: 11/5/26

**CERTIFICATE OF SERVICE**

I certify that on 11/5/26, I filed this motion and Schedule A, the supporting brief, Exhibits A–M, the two proposed Zhishang summonses, ~~and the proposed order with the Clerk for docketing in CM/ECF.~~ The resulting Notice of Electronic Filing transmitted electronic service to the registered counsel of record identified in that notice.

Additional recipients requiring separate Rule 5 service, with the actual method and date (or "none," if applicable): ______________________________________

______________________________________________________________

Bradley Burchfield

Bradley Burchfield

# SCHEDULE A
# PROPOSED IDENTITY AND ADDRESS CORRECTIONS

This schedule requests identification changes only. It does not replace the case-specific operative complaint, add claims, change the demand for relief, or establish effective service. The Court is asked to approve these designations for the existing defendants and preserve the earlier docket names as searchable former names.

## 1 Zichang and Zhishang

Proposed current designation: Zhishang New Materials (Jinan) Co., Ltd. (至上新材料（济南）有限公司), formerly known as Zhishang New Materials (Shandong) Co., Ltd. and Zichang New Materials (Shandong) Co., Ltd.

Unified Social Credit Code: 91370112MA3WPR1G9W.

Current registered address shown in the supplied records: Room 705, 7th Floor, Huayang Building; east of Huayang Road and south of Weiyi Road; Jiyang Subdistrict, Jiyang District; Jinan City, Shandong Province; People's Republic of China.

Source: Exhibits B–C, p. 1; Exhibit L, ECF 1-1 at pp. 81 and 83 in 00827. The records do not supply a verified postal code for this registered address.

Additional mailing destination associated with reported delivery: Legal Department; Room 1001, Building 1, Hisense Intelligence Valley; Jinan, Shandong 250100; People's Republic of China.

USPS tracking LS018355389US reports delivery in China on August 15, 2026, at 10:15 a.m. The July 24 receipt identifies the destination above. Exhibits F, p. 5, and H, pp. 1–3. The tracking page does not identify the recipient or prove authorization to accept process.

Zichang address cross-reference: Legal Department; Room 907, Building 2, Xinyuan Xin Center; No. 3 Huaxin Road, Licheng District; Jinan, Shandong 250100; People's Republic of China. Tracking LS018355168US shows no delivery in the supplied record. Exhibits F, p. 1, and G. Cross-reference that former-name mailing entry to the current Zhishang registration, code 91370112MA3WPR1G9W, at Room 705, Huayang Building, whose complete registered address appears above. The older Room 907 address is preserved as mailing history, not proposed as a third service destination.

Two proposed summons copies accompany this request: one directed to the delivered-mail destination at Room 1001, Hisense Intelligence Valley, and one to the registered address at Room 705, Huayang Building. Both identify the same corporation and both former names.

Application in 00827: update the already named Zichang defendant with the current and former names. This does not add a separate Zhishang corporation.

## SCHEDULE A CONTINUED

### 2 Shaanxi Bloom and Shaanxi Chuzhan

Proposed designation: Shaanxi Chuzhan Technology Co., Ltd. (陕西初绽科技有限公司), also identified in English business records as Shaanxi Bloom Tech Co., Ltd.

Unified Social Credit Code: 91610104MA6TT4GJ0X. The penultimate character is the digit zero.

Registered address shown by the supplied record: Room 629, 6th Floor, Ruyi Building; No. 28 Liangjiapailou, Lianhu District; Xi'an, Shaanxi Province; People's Republic of China.

Chinese registered address: 陕西省西安市莲湖区梁家牌楼 28 号如意大厦 6 层 629 室

The July 24 mailing used the same room, building, and street, with postal code 710002. The registry printout does not itself verify that postal code. USPS LS018355256US shows transit at Memphis on August 5, 2026, in the supplied snapshot. Exhibits D, p. 1; F, pp. 2–3; I.

The proposed name linkage rests on the registry printout, the matching address, and the company's bilingual published document excerpt at Exhibit M. The correction is requested subject to the Court's determination and any supported identity objection.

The registry printout also displays a dissolution notice and liquidation-team filing information with an announcement date of May 22, 2025. It does not establish completed deregistration or identify an authorized liquidator for service. No finding on dissolution, corporate capacity, successor liability, or the proper service recipient is requested.

Application in 00827: Shaanxi is not a named defendant in ECF 2. This entry is supplied as related-case identification information only. No Shaanxi summons or addition of a party is requested without a separate order permitting joinder and an appropriate amended pleading.

### 3 Exact scope of any permitted amendment

Apply the identity designations above to the named Zichang entry in the case-specific operative complaint and corresponding references to those existing defendants. Preserve all other allegations and requested relief. If a complete amended complaint is required, Plaintiff requests a deadline to submit it after the Court identifies the operative pleading and the permitted corrections.

## INDEX OF EXHIBITS A–M

Supporting materials for the separate correction motions in 00611, 00826, and 00827. The names of parties and the relief sought remain case-specific. Exhibits concerning entities not named in a case do not add them as defendants.

Exhibit A — Registry search showing historical names (2 pages).

Exhibit B — Zhishang registry detail printout (2 pages).

Exhibit C — Zhishang New Materials Jinan registry printout (2 pages).

Exhibit D — Shaanxi current name and registry printout (2 pages).

Exhibit E — Supplied notice concerning international mailings (6 pages).

Exhibit F — USPS payment confirmations and destination addresses (6 pages).

Exhibit G — Zichang tracking history (3 pages).

Exhibit H — Zhishang tracking history showing reported delivery (3 pages).

Exhibit I — Shaanxi tracking history (3 pages).

Exhibit J — Alibaba Singapore tracking history (2 pages).

Exhibit K — AliExpress tracking history (3 pages).

Exhibit L — Liu declaration and registry materials from 00827 (12 pages).

Exhibit M — Company published bilingual identity excerpt (1 pages).

The supplied PDFs in Exhibits A–K are reproduced in full, including duplicate or blank source pages. Exhibit E is the supplied copy; its signature date remains blank. Exhibit L identifies its source docket pages. Exhibit M is expressly a transcribed excerpt. Exhibit page numbers in the motions refer to the source document following its cover.

Business consultation and technical support contact information to use help

| Home | Enterprise | Information | Key Sector | Navigation

Enterprise Credit Information | List of Ab
List of serious illegal and dishonest acts
Please enter the company name, unified social cr

Rec

. Zhi

Information Classification: information List of Abnormal Business Operations List of serious illegal and dishonest acts

Company Status: them Continued (in operation, open, registered) Revocation, not cancelled Revoked, already canceled

Years of Establishment: Within one year of establishment Established for 1-5 years Established for 5-10 years

Registration Authority: General Administration Beijing Tianjin Hebei Shanxi Inner Mongolia Liaoning 展开

Advanced Screening: Administrative licensing information is available No administrative license information

There is information on administrative penalties No administrative penalty information

Collapse filter condition ^

Took 0.027 seconds to retrieve 1 piece of information

**Zhishang New Materials (Jinan) Co., Ltd** Operating (open) enterprises

Unified Social Credit Code: 91370112MA3WPR... Legal Representative: ... Date of Establishment: April 25, 2021

Registration Number:

Historical name: Supreme New Materials (Shandong) Co., Ltd.; Zichang New Materials (Shandong) Co., Ltd

Home Previous 1 Next Page Last page

Organizer: State Administration for Market Regulation

Address: No. 8 Sanlihe East Road, Xicheng District, Beijing Postal Code: 100820 Record Number: Beijing ICP Filing No. 18022388-2

Directory navigation
**Basic information** ^
Business license information
**Administrative licensing information** ^
Administrative licensing information
**Information on illegal and dishonest conduct** ^
Administrative penalty information
Listed in the directory of abnormal business operations
Listed on the list (blacklist) of serious illegal and dishonest conduct

## Zhishang New Materials (Jinan) Co., Ltd

Operating (open) enterprises

Attention More

**Unified Social Credit Code:**91370112MA3WPR1G9W
**Registration Number:**
**Legal Representative:**Wang Yulin
**Registration Authority:**Jinan Jiyang District Administrative Approval Service Bureau
**Date of Establishment:**April 25, 2021

### Business license information

| | | | |
|---|---|---|---|
| Unified Social Credit Code: | 91370112MA3WPR1G9W | Company Name: | Zhishang New Materials (Jinan) Co., Ltd |
| Registration Number: | | Legal Representative: | Wang Yulin |
| Genre: | Limited Liability Company (Natural Person Investment or Holding) | Date of Establishment: | April 25, 2021 |
| Registered Capital: | 1.0 million million | Approval Date: | June 17, 2026 |
| Registration Authority: | Jinan Jiyang District Administrative Approval Service Bureau | Registration status: | Operating (open) enterprises |
| Address: | Room 705, 7th Floor, Huayang Building, East Huayang Road and South Weiyi Road, Jiyang Street, Jiyang District, Jinan City, Shandong Province | | |
| Business Scope: | General projects: research and development of new material technologies; Technical services, technology development, technical consulting, technical exchange, technology transfer, and technology promotion; Sales of chemical products (excluding licensed chemical products); machinery equipment leasing; Sales of machinery and equipment; Sales of Class II medical devices; Sales of Class I medical devices; Sales of electronic products; Wholesale of hardware products; Retail of hardware products; Sales of building materials; Sales of feed additives. (Except for projects that require approval according to law, business activities may be carried out independently with a business license.) Licensed items: import and export of goods. (Projects subject to approval according to law may only be operated after approval by relevant departments. Specific business items are subject to the approval documents or permits issued by relevant departments.) | | |

Note: According to the "Regulations on the Administration of Market Entity Registration" and its implementation rules, and in accordance with the "Notice from the General Office of the State Administration for Market Regulation on Adjusting Business License Face-to-Face Matters," the National Enterprise Credit Information Publicity System has made corresponding adjustments to the content of the business license in-person disclosure content. See https://www.samr.gov.cn/zw/zfxxgk/fdzdgknr/djzcj/art/2023/art_9c67139da37a46fc8955d42d130947b2.html for details

### Administrative licensing information

| Serial number | License document number | License document name | Validity period starts from the beginning | The validity period expires | Licensing authority | Licensed content | Details |
|---|---|---|---|---|---|---|---|
| No administrative license information available | | | | | | | |

Total: 0 records retrieved, 0 pages in total

Home | Previous page | Next page | Last page

### Administrative penalty information

# EXHIBIT B
## Zhishang registry detail printout

Source: ZICHANG NEW MATERIALS AKA ZHISHANG 2.pdf

Supplied registry printout. English labels appear as translated in the original supplied file; this cover does not certify the translation.

# EXHIBIT C
## Zhishang New Materials Jinan registry printout

Source: Zhishang New Materials (Jinan) Co., Ltd..pdf

Supplied registry printout. English labels appear as translated in the original supplied file; this cover does not certify the translation.

| Serial number | Decide on the document number | Types of violations | Administrative penalty details | Decide on the name of the agency | Penalty decision date | Announcement date | Details |
|---|---|---|---|---|---|---|---|

No administrative penalty information available

Total: 0 records retrieved, 0 pages in total

Home Previous page Next page Last page

## Listed in the directory of abnormal business operations

| Serial number | Reasons for inclusion in the directory of abnormal business operations | Date included | Decision-making Authority (listed) | Reasons for removal from the abnormal business directory | Removal date | Decision-making Authority (Removed) |
|---|---|---|---|---|---|---|

There is currently no information listed in the directory of abnormal business operations

Total: 0 records retrieved, 0 pages in total

Home Previous page Next page Last page

## Listed on the list (blacklist) of serious illegal and dishonest conduct

| Serial number | Category | Reasons for being listed on the list of serious illegal and untrustworthy individuals (blacklist). | Date included | Decision-making Authority (listed) | Reasons for removal from the list of serious illegal and untrustworthy individuals (blacklist). | Removal date | Decision-making Authority (Removed) |
|---|---|---|---|---|---|---|---|

There is currently no information on the list (blacklist) for serious illegal and untrustworthy conduct

Total: 0 records retrieved, 0 pages in total

Home Previous page Next page Last page

Please log in to see more information

| Serial number | Decide on the document number | Types of violations | Administrative penalty details | Decide on the name of the agency | Penalty decision date | Announcement date | Details |
|---|---|---|---|---|---|---|---|
| No administrative penalty information available | | | | | | | |

Total: 0 records retrieved, 0 pages in total

Home Previous page Next page Last page

**Listed in the directory of abnormal business operations**

| Serial number | Reasons for inclusion in the directory of abnormal business operations | Date included | Decision-making Authority (listed) | Reasons for removal from the abnormal business directory | Removal date | Decision-making Authority (Removed) |
|---|---|---|---|---|---|---|
| There is currently no information listed in the directory of abnormal business operations | | | | | | |

Total: 0 records retrieved, 0 pages in total

Home Previous page Next page Last page

**Listed on the list (blacklist) of serious illegal and dishonest conduct**

| Serial number | Category | Reasons for being listed on the list of serious illegal and untrustworthy individuals (blacklist). | Date included | Decision-making Authority (listed) | Reasons for removal from the list of serious illegal and untrustworthy individuals (blacklist). | Removal date | Decision-making Authority (Removed) |
|---|---|---|---|---|---|---|---|
| There is currently no information on the list (blacklist) for serious illegal and untrustworthy conduct | | | | | | | |

Total: 0 records retrieved, 0 pages in total

Home Previous page Next page Last page

Please log in to see more information

Directory navigation
**Basic information** ^
Business license information
**Administrative licensing information** ^
Administrative licensing information
**Information on illegal and dishonest conduct** ^
Administrative penalty information
Listed in the directory of abnormal business operations
◦ Listed on the list (blacklist) of serious illegal and dishonest conduct

## Zhishang New Materials (Jinan) Co., Ltd

Operating (open) enterprises

☆ Attention More ▾

**Unified Social Credit Code:**91370112MA3WPR1G9W
**Registration Number:**
**Legal Representative:**Wang Yulin
**Registration Authority:**Jinan Jiyang District Administrative Approval Service Bureau
**Date of Establishment:**April 25, 2021

### Business license information

| | | | |
|---|---|---|---|
| Unified Social Credit Code: | 91370112MA3WPR1G9W | Company Name: | Zhishang New Materials (Jinan) Co., Ltd |
| Registration Number: | | Legal Representative: | Wang Yulin |
| Genre: | Limited Liability Company (Natural Person Investment or Holding) | Date of Establishment: | April 25, 2021 |
| Registered Capital: | 1.0 million million | Approval Date: | June 17, 2026 |
| Registration Authority: | Jinan Jiyang District Administrative Approval Service Bureau | Registration status: | Operating (open) enterprises |
| Address: | Room 705, 7th Floor, Huayang Building, East Huayang Road and South Weiyi Road, Jiyang Street, Jiyang District, Jinan City, Shandong Province | | |
| Business Scope: | General projects: research and development of new material technologies; Technical services, technology development, technical consulting, technical exchange, technology transfer, and technology promotion; Sales of chemical products (excluding licensed chemical products); machinery equipment leasing; Sales of machinery and equipment; Sales of Class II medical devices; Sales of Class I medical devices; Sales of electronic products; Wholesale of hardware products; Retail of hardware products; Sales of building materials; Sales of feed additives. (Except for projects that require approval according to law, business activities may be carried out independently with a business license.) Licensed items: import and export of goods. (Projects subject to approval according to law may only be operated after approval by relevant departments. Specific business items are subject to the approval documents or permits issued by relevant departments.) | | |

❶Note: According to the "Regulations on the Administration of Market Entity Registration" and its implementation rules, and in accordance with the "Notice from the General Office of the State Administration for Market Regulation on Adjusting Business License Face-to-Face Matters," the National Enterprise Credit Information Publicity System has made corresponding adjustments to the content of the business license in-person disclosure content, See https://www.samr.gov.cn/zw/zfxxgk/fdzdgknr/djzcj/art/2023/art_9c67139da37a46fc8955d42d130947b2.html for details

### Administrative licensing information

| Serial number | License document number | License document name | Validity period starts from the beginning | The validity period expires | Licensing authority | Licensed content | Details |
|---|---|---|---|---|---|---|---|
| No administrative license information available | | | | | | | |

Total: 0 records retrieved, 0 pages in total

Home | Previous page | Next page | Last page

### Administrative penalty information

Directory navigation

**Basic information ^**

Business license information

**Administrative licensing information ^**

Administrative licensing information

**Information on illegal and dishonest conduct ^**

Administrative penalty information

Listed in the directory of abnormal business operations

◦ Listed on the list (blacklist) of serious illegal and dishonest conduct

## Shaanxi Chuzhan Technology Co., Ltd

Opening

☆ Attention More

**The company has issued a public notice of dissolution**

**Unified Social Credit Code:** 91610104MA6TT4GJ0X

**Registration Number:**

**Legal Representative:** Shi Chong

**Registration Authority:** Xi'an Lianhu District Market Supervision Administration

**Date of Establishment:** December 5, 2019

The company has released liquidation team filing information, with an announcement date of May 22, 2025. View details >

### Business license information

| | | | |
|---|---|---|---|
| Unified Social Credit Code: | 91610104MA6TT4GJ0X | Company Name: | Shaanxi Chuzhan Technology Co., Ltd |
| Registration Number: | | Legal Representative: | Shi Chong |
| Genre: | Limited Liability Company (Sole Proprietorship by a Natural Person) | Date of Establishment: | December 5, 2019 |
| Registered Capital: | 500,000,000 RMB | Approval Date: | June 11, 2024 |
| Registration Authority: | Xi'an Lianhu District Market Supervision Administration | Registration status: | Opening |
| Address: | Room 629, 6th Floor, Ruyi Building, No. 28 Liangjia Archway, Lianhu District, Xi'an, Shaanxi Province | | |
| Business Scope: | Production, sales, and technical services of pharmaceutical intermediates, pesticides, chemical products (excluding precursors, chemicals, flammables, and explosive hazardous materials), food additives, daily necessities, and plant extracts; Sales of chemical equipment and instruments; Import and export of goods and technology. (Projects subject to approval according to law may only be operated after approval by relevant departments) | | |

Note: According to the "Regulations on the Administration of Market Entity Registration" and its implementation rules, and in accordance with the "Notice from the General Office of the State Administration for Market Regulation on Adjusting Business License Face-to-Face Matters," the National Enterprise Credit Information Publicity System has made corresponding adjustments to the content of the business license in-person disclosure content. See https://www.samr.gov.cn/zw/zfxxgk/fdzdgknr/djzcj/art/2023/art_9c67139da37a46fc8955d42d130947b2.html for details

### Administrative licensing information

| Serial number | License document number | License document name | Validity period starts from the beginning | The validity period expires | Licensing authority | Licensed content | Details |
|---|---|---|---|---|---|---|---|
| 1 | Empty | Company registration | December 4, 2019 | December 30, 2099 | Shi Chong | Production, sales, and technical services of pharmaceutical intermediates, pesticides, chemical products (excluding precursors, chemicals, flammables, and explosive hazardous materials), foo | View |

# EXHIBIT D

## Shaanxi current name and registry printout

Source: Shaanxi Bloom Tech Co., Ltd. ACTUAL NAME.pdf

Supplied registry printout. English labels appear as translated in the original supplied file; this cover does not certify the translation.

# EXHIBIT E

## Supplied notice concerning international mailings

Source: NOTICE OF ATTEMPTED FOREIGN SERVICE.pdf

Supplied copy of the notice. A notice on this subject appears at ECF 56 in 00611; this exhibit is reproduced as supplied, with its blank signature date.

| Serial number | License document number | License document name | Validity period starts from the beginning | The validity period expires | Licensing authority | Licensed content | Details |
|---|---|---|---|---|---|---|---|
| | | | | | | d additives, daily necessities, and p lant extracts; Sale s of chemical equ ipment and instru ments; Import an d export of good s and technology. (Projects subject t o approval accor ding to law may only be operated after approval by relevant departm ents.) Collapse | |
| 2 | 91610104MA6TT 4GJ0X | Filing and registr ation of foreign tr ade operators | December 15, 20 19 | December 30, 20 99 | Xi'an Municipal B ureau of Commer ce | Filing and registr ation of foreign tr ade operators | View |
| 3 | 05202499 | Filing and registr ation of foreign tr ade operators | December 15, 20 19 | December 30, 20 99 | Xi'an Municipal B ureau of Commer ce | Filing and registr ation of foreign tr ade operators | View |

A total of 3 records retrieved, 1 page in total

Home Previous page 1 Next page Last page

### Administrative penalty information

| Serial number | Decide on the document number | Types of violations | Administrative penalty details | Decide on the name of the agency | Penalty decision date | Announcement date | Details |
|---|---|---|---|---|---|---|---|

No administrative penalty information available

Total 0 records retrieved, 0 pages in total

Home Previous page Next page Last page

### Listed in the directory of abnormal business operations

| Serial number | Reasons for inclusion in the directory of abnormal business operations | Date included | Decision-making Authority (listed) | Reasons for removal from the abnormal business directory | Removal date | Decision-making Authority (Removed) |
|---|---|---|---|---|---|---|

There is currently no information listed in the directory of abnormal business operations

Total 0 records retrieved, 0 pages in total

Home Previous page Next page Last page

### Listed on the list (blacklist) of serious illegal and dishonest conduct

| Serial number | Category | Reasons for being listed on the list of serious illegal and untrustworthy individuals (blacklist). | Date included | Decision-making Authority (listed) | Reasons for removal from the list of serious illegal and untrustworthy individuals (blacklist). | Removal date | Decision-making Authority (Removed) |
|---|---|---|---|---|---|---|---|

There is currently no information on the list (blacklist) for serious illegal and untrustworthy conduct

Total 0 records retrieved, 0 pages in total

Home Previous page Next page Last page

Please log in to see more information

Organizer: State Administration for Market Regulation
Address: No. 8 Sanlihe East Road, Xicheng District, Beijing Postal Code: 100820 Record Number: Beijing ICP Filing No. 18022388-2
Business consultation and technical support contact information to use help

2. Alibaba.com Singapore E-Commerce Pte. Limited a/k/a Alibaba.com Singapore E-Commerce Private Limited was addressed at 51 Bras Basah Road, #01-21, Lazada One, Singapore 189554. USPS tracking number LS018355534US showed the item in transit after departing a transfer airport in Chicago, Illinois, on August 17, 2026. The tracking record is submitted as Exhibit 2.

3. AliExpress E-Commerce One Pte. Ltd. was addressed to the Legal Department, care of Alibaba Group Holding Ltd., 26/F Tower One, Times Square, Hong Kong SAR. USPS tracking number LS018355327US showed the item processed through a facility in China on August 6, 2026, and in transit. The tracking record is submitted as Exhibit 3.

4. Shaanxi Bloom Tech Co., Ltd. was addressed to the Legal Department at Room 629, 6th Floor, Ruyi Building, No. 28 Liangjiapailou, Xi'an, Shaanxi 710002, People's Republic of China. USPS tracking number LS018355256US showed the item at a USPS facility in Memphis, Tennessee, on August 5, 2026. The tracking record is submitted as Exhibit 4.

5. Zhishang New Materials (Shandong) Co., Ltd. was addressed to the Legal Department at Room 1001, Building 1, Hisense Intelligence Valley, Jinan, Shandong 250100, People's Republic of China. USPS tracking number LS018355389US reported delivery in China on August 15, 2026. The tracking record is submitted as Exhibit 5.

6. Zichang New Materials (Shandong) Co., Ltd. was addressed to the Legal Department at Room 907, Building 2, Xinyuan Xin Center, No. 3 Huaxin Road, Licheng District, Jinan, Shandong 250100, People's Republic of China. USPS tracking number LS018355168US showed the item processed through a facility in China on August 16, 2026, and in transit. The tracking record is submitted as Exhibit 6.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BRADLEY BURCHFIELD,**
Plaintiff,

**Case No.**
**4:26-cv-00611-DPM-JJV**

v.

ALIBABA.COM SINGAPORE E-COMMERCE
**PRIVATE LIMITED, et al.,**
Defendants.

## PLAINTIFF'S NOTICE REGARDING INTERNATIONAL MAILINGS, HAGUE-CONVENTION SERVICE, AND NEED FOR LIMITED ENTITY-AND-ADDRESS DISCOVERY

Plaintiff Bradley Burchfield, appearing pro se, gives notice of international mailings made to addresses associated with certain foreign defendants. Plaintiff does not ask the Court to treat those mailings, standing alone, as perfected service of process. The mailings are offered to document diligence and to test whether names and addresses identified from the records then available corresponded to operational destinations. This Notice also explains why limited entity-and-address discovery is needed before Plaintiff can amend any misnomers and complete treaty-compliant service. No relief is requested through this Notice.

### I. INTERNATIONAL MAILINGS AND TRACKING RECORD

1. On July 24, 2026, Plaintiff caused five USPS First-Class Package International mailings to be sent to foreign destinations associated with five named entities. Plaintiff intended the mailings to provide notice of this action and to determine whether the identified destinations were operational while the exact legal names, corporate affiliations, and service addresses were being investigated. The USPS address and transaction records are submitted as Exhibit 1.

11. Singapore must be treated separately. Singapore has also objected to the methods of transmission in Article 10. Plaintiff therefore does not rely on the July 24 mailing to Singapore as completed service and will use a method permitted by Rule 4(f), Rule 4(h)(2), and Singapore's applicable Hague declarations once the entity and address are confirmed. Chinese translation is not asserted as a requirement for service in Singapore. See HCCH, Singapore—Declaration under Articles 8 and 10 (May 16, 2023).

12. The AliExpress mailing was addressed to Hong Kong SAR, not mainland China or Singapore. Hong Kong has separate Hague declarations. Those declarations restrict the channels in Article 10(b) and (c), do not state an objection to postal channels under Article 10(a), and require English for Central-Authority papers. See HCCH, China—Declarations Applicable to the Hong Kong SAR. Plaintiff does not ask the Court in this Notice to decide whether postal service could be authorized in Hong Kong under a different record or procedure, and Plaintiff does not rely on this particular mailing as perfected service.

13. Rule 4(m)'s ninety-day time limit does not apply to service in a foreign country under Rule 4(f) or Rule 4(h)(2). Plaintiff nevertheless intends to proceed diligently once the correct entities and destinations are identified.

## III. NEED FOR LIMITED ENTITY-AND-ADDRESS DISCOVERY

14. The Hague Service Convention applies when a judicial document must be transmitted abroad for service, but Article 1 states that it does not apply where the address of the person to be served is not known. That provision does not excuse compliance with Rule 4. It makes identification of the correct legal entity and a reliable service address a threshold factual issue.

7. The USPS entries document the destinations and carrier status only. Plaintiff does not rely on a carrier notation of physical delivery as a Hague certificate of service or as proof that formal service was completed.

## II. HAGUE-CONVENTION SERVICE

8. Rule 4(h)(2) directs that a foreign corporation served outside a United States judicial district be served by a method prescribed in Rule 4(f), except for the personal-delivery method excluded by Rule 4(h)(2). Rule 4(f)(1) recognizes internationally agreed means of service, including those authorized by the Hague Service Convention.

9. For the three destinations in mainland China, Plaintiff concedes that the July 24 USPS mailings, even if physically delivered, do not by themselves perfect service. The People's Republic of China has objected to the methods of transmission in Article 10 of the Hague Service Convention, including postal channels under Article 10(a). Plaintiff therefore will not request default or any other adverse consequence based solely on those mailings. See HCCH, China—Declarations under Articles 8, 10, 15, and 16.

10. Service in mainland China is procedurally curable after the proper entity and service address are confirmed. The HCCH country profile for China's Central Authority states that a request under Article 5(1) requires all documents and evidence to be served to be written in Chinese or accompanied by a Chinese translation. Plaintiff can prepare Chinese translations of the summons, the operative complaint or any amended complaint authorized by the Court, and the other papers required for the service packet, and then transmit the request through an authorized Hague channel. See HCCH, China—Central Authority & Practical Information (last updated Jan. 15, 2026).

Dated: August ___, 2026

Respectfully submitted,

/s/ Bradley Burchfield
**Bradley Burchfield, Pro Se**
5420 Kavanaugh Blvd #7927
Little Rock, AR 72217
Telephone: 479-223-0038
Email: burchfieldbradley123@gmail.com

## CERTIFICATE OF SERVICE

I certify that on August ___, 2026, I filed the foregoing through the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record who are registered CM/ECF users. This certificate does not represent that the foreign defendants identified above have been served with process by CM/ECF or by the July 24 international mailings.

Respectfully submitted,

/s/ Bradley Burchfield
**Bradley Burchfield, Pro Se**
5420 Kavanaugh Blvd #7927
Little Rock, AR 72217
Telephone: 479-223-0038
Email: burchfieldbradley123@gmail.com

15. The information presently available leaves material uncertainty about: (a) the defendants' exact legal names and any English transliterations or aliases; (b) their jurisdictions of organization and registration numbers; (c) their registered, principal, and operating addresses; (d) the identity of any officer or authorized recipient; (e) which entity operated or controlled the relevant seller accounts, transactions, Trade Assurance functions, or payment channels; and (f) the relationships among the named Alibaba entities, marketplace entities, and sellers.

16. Narrowly tailored discovery on those subjects is necessary to avoid directing translated Hague packets to a misnamed company, an affiliate that is not the intended defendant, or an obsolete or non-registered address. The attempted mailings help test the addresses, but carrier movement or delivery cannot establish the recipient's legal identity, registered-office status, agency, or authority to accept process. This Notice therefore supplements Plaintiff's pending request for limited jurisdictional, entity, agency, seller-verification, payment, and control discovery.

17. After the limited discovery clarifies the names, affiliations, and addresses, Plaintiff intends to seek any necessary amendment under Rules 15 and 21 and to complete service through the Hague Convention or another method authorized by Rule 4 and the Court. Plaintiff does not waive any authorized service method or any contention concerning actual notice; he states only that the July 24 mailings are not being offered, standing alone, as completed service.

Gmail

Burchfield Bradley <burchfieldbradley123@gmail.com>

# USPS - Click-N-Ship(R) Payment Confirmation

5 messages

**noreply-ecns@usps.com** <noreply-ecns@usps.com> Fri, Jul 24, 2026 at 2:16 PM
To: burchfieldbradley123@gmail.com

Order #: 019f958e-9026-7e40-903f-1ee179167e13

**Thank you for your order.**

Review details in USPS Click-N-Ship® shipping history.

View Order Details

**ORDER DETAILS**

| | |
|---|---|
| Account #: | 498400958 |
| Order #: | 019f958e-9026-7e40-903f-1ee179167e13 |
| Placed on: | Jul 24, 2026<br>19:16:16 PM UTC |
| Payment Method: | AMEX-5374 |
| Status: | PAID |
| Email: | burchfieldbradley123@gmail.com |

**ORDER SUMMARY**

| **Item Total** | |
|---|---|
| First-Class Package International Service<br>LS018355168US<br>Shipped To:<br>Legal Department<br>Zichang New Materials (Shandong) Co., Ltd.<br>Room 907, Building 2, Xinyuan Xin Center<br>No. 3 Huaxin Road, Licheng District<br>Jinan Shandong 250100 CN | $32.05 |

**EXHIBIT F**

**USPS payment confirmations and destination addresses**

Source: ATTEMPTED FOREIGN SERVICE ADDRESSES(1).pdf

Placed on: Jul 24, 2026 19:28:05 PM UTC

Payment Method: AMEX-5374

Status: PAID

Email: burchfieldbradley123@gmail.com

**ORDER SUMMARY**

| **Item** | **Total** |
|---|---|
| First-Class Package International Service<br>LS018355256US<br>Shipped To:<br>LEGAL DEPARTMENT<br>Shaanxi Bloom Tech Co., Ltd.<br>Room 629, 6th Floor, Ruyi Building<br>No. 28 Liangjiapailou<br>Xi an Shaanxi 710002 CN | $32.05 |

[Quoted text hidden]
[Quoted text hidden]

---

**noreply-ecns@usps.com** <noreply-ecns@usps.com> Fri, Jul 24, 2026 at 2:35 PM
To: burchfieldbradley123@gmail.com

Order #: 019f959f-8515-723a-b9f5-691e7b625f83

**Thank you for your order.**

Review details in USPS Click-N-Ship® shipping history.

View Order Details

**ORDER DETAILS**

Account #: 498400958

Order #: 019f959f-8515-723a-b9f5-691e7b625f83

Placed on: Jul 24, 2026 19:34:47 PM UTC

Subtotal: $32.05

Shipping: $0.00

Total: $32.05

**NEED HELP?**
If you need help, please visit the Frequently Asked Questions.

Go to FAQ's

**SAVE TIME, CREATE LABELS**
Go to Click-N-Ship

Download **USPS Mobile**®

GET IT ON Google Play | Download on the App Store

USPS.com | Privacy Policy | Support | FAQs

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright © 2026 USPS. All Rights Reserved.

---

**noreply-ecns@usps.com** <noreply-ecns@usps.com> Fri, Jul 24, 2026 at 2:28 PM
To: burchfieldbradley123@gmail.com

Order #: 019f9599-64a7-7bfb-9f4c-a75b239ee114

**Thank you for your order.**

Review details in USPS Click-N-Ship® shipping history.

View Order Details

**ORDER DETAILS**

Account #: 498400958

Order #: 019f9599-64a7-7bfb-9f4c-a75b239ee114

Email: burchfieldbradley123@gmail.com

**ORDER SUMMARY**

**Item Total**

First-Class Package International Service
LS018355389US
Shipped To:
LEGAL DEPARTMENT
Zhishang New Materials (Shandong) Co., Ltd.
Room 1001, Building 1
Hisense Intelligence Valley
Jinan Shandong 250100 CN

$32.05

[Quoted text hidden]
[Quoted text hidden]

---

**noreply-ecns@usps.com** <noreply-ecns@usps.com> Fri, Jul 24, 2026 at 2:52 PM
To: burchfieldbradley123@gmail.com

Order #: 019f95af-4996-72cd-8120-0c1d3013d7d6

**Thank you for your order.**

Review details in USPS Click-N-Ship® shipping history.

View Order Details

**ORDER DETAILS**

| | |
|---|---|
| Account #: | 498400958 |
| Order #: | 019f95af-4996-72cd-8120-0c1d3013d7d6 |
| Placed on: | Jul 24, 2026<br>19:52:00 PM UTC |
| Payment Method: | AMEX-5374 |
| Status: | PAID |
| Email: | burchfieldbradley123@gmail.com |

**ORDER SUMMARY**

Payment Method: AMEX-5374

Status: PAID

Email: burchfieldbradley123@gmail.com

**ORDER SUMMARY**

**Item Total**

First-Class Package International Service

LS018355327US

Shipped To:

ATTENTION LEGAL DEPARTMENT

AliExpress E-Commerce One Pte. Ltd.

c/o Alibaba Group Holding Ltd., Legal Department

26/F Tower One, Times Square

Hong Kong Hong Kong SAR 999077 CN

$32.05

[Quoted text hidden]

[Quoted text hidden]

---

**noreply-ecns@usps.com** <noreply-ecns@usps.com> Fri, Jul 24, 2026 at 2:41 PM
To: burchfieldbradley123@gmail.com

Order #: 019f95a5-cc0d-7111-81dc-2f549285ef0f

**Thank you for your order.**

Review details in USPS Click-N-Ship® shipping history.

View Order Details

**ORDER DETAILS**

Account #: 498400958

Order #: 019f95a5-cc0d-7111-81dc-2f549285ef0f

Placed on: Jul 24, 2026
19:41:38 PM UTC

Payment Method: AMEX-5374

Status: PAID

**EXHIBIT G**
**Zichang tracking history**

Source: ATTEMPTED FOREIGN SERV. Zichang New Materials (Shandong) Co., Ltd.(1).pdf

**Item Total**

| | |
|---|---|
| First-Class Package International Service<br>LS018355534US<br>Shipped To:<br>Alibaba.com Singapore E-Commerce Pte. Limited a/k/a Alibaba.com Singapore E-Commerce Private Limited<br>51 Bras Basah Road, #01-21<br>Lazada One<br>SINGAPORE 189554 SG | $31.15 |

Subtotal: $31.15

Shipping: $0.00

Total: $31.15

**NEED HELP?**

If you need help, please visit the Frequently Asked Questions.

Go to FAQ's

**SAVE TIME, CREATE LABELS**

Go to Click-N-Ship

[Quoted text hidden]

JAMAICA NY INTERNATIONAL
DISTRIBUTION CENTER
August 10, 2026 8:33 AM

**Arrived at USPS Facility**
HARRISBURG PA DISTRIBUTION
CENTER
August 5, 2026 12:57 AM

**Arrived at USPS Facility**
CHICAGO IL DISTRIBUTION CENTER
August 3, 2026 10:30 AM

**Arrived at USPS Facility**
MEMPHIS, TN 38114
July 25, 2026 1:00 PM

**Departed Post Office**
LITTLE ROCK, AR 72202
July 24, 2026 6:16 PM

**USPS in possession of item**
LITTLE ROCK, AR 72202
July 24, 2026 3:54 PM

**Shipping Label Created**
LITTLE ROCK, AR 72201
July 24, 2026 2:15 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

ALERT: TROPICAL STORM LALA IN HAWAII AND SEVERE WEATHER AND FLOODING IN THE UPPER MID...

# USPS Tracking®

FAQs ›

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

Remove ✕

Tracking Number:

## LS018355168US

Copy Add to Informed Delivery

### Latest Update

Your item was processed through a facility in CHINA on August 16, 2026 at 11:08 am. The item is currently in transit to the destination.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### International Transit

**Processed Through Facility**

CHINA
August 16, 2026 11:08 AM

**Departed**

UNITED STATES
August 15, 2026 5:22 PM

**Departed**

UNITED STATES
August 14, 2026 11:55 AM

**Departed**

UNITED STATES
August 13, 2026 1:43 PM

**Arrived**

UNITED STATES
August 13, 2026 3:28 AM

**Processed Through USPS Facility**

JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER
August 12, 2026 1:47 PM

**Arrived at USPS Facility**

**EXHIBIT H**

**Zhishang tracking history showing reported delivery**

Source: ATTEMPTED FOREIGN SERV. Zhishang New Materials (Shandong) Co., Ltd.(1).pdf

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

August 10, 2026 10:14 AM

**Departed**
UNITED STATES
August 9, 2026 5:22 PM

**Departed**
UNITED STATES
August 8, 2026 11:27 AM

**Departed**
UNITED STATES
August 7, 2026 11:02 AM

**Arrived**
UNITED STATES
August 7, 2026 7:49 AM

**Processed Through USPS Facility**
CHICAGO IL INTERNATIONAL DISTRIBUTION CENTER
August 6, 2026 1:51 PM

**Arrived at USPS Facility**
CHICAGO IL INTERNATIONAL DISTRIBUTION CENTER
August 5, 2026 1:31 PM

**Arrived at USPS Facility**
CHICAGO IL INTERNATIONAL DISTRIBUTION CENTER
August 5, 2026 1:31 PM

**Arrived at USPS Facility**
CHICAGO IL INTERNATIONAL DISTRIBUTION CENTER
August 4, 2026 5:11 PM

**Departed USPS Facility**
CHICAGO IL DISTRIBUTION CENTER
August 4, 2026 4:25 PM

**Arrived at USPS Facility**
CHICAGO IL DISTRIBUTION CENTER
August 4, 2026 2:35 AM

**Arrived at USPS Facility**
MEMPHIS, TN 38114

ALERT: TROPICAL STORM LALA IN HAWAII AND SEVERE WEATHER AND FLOODING IN THE UPPER MID...

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

Tracking Number:

## LS018355389US

Copy    Add to Informed Delivery

Remove ✕

### Latest Update

Your item was delivered in CHINA at 10:15 am on August 15, 2026.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered**
CHINA
August 15, 2026 10:15 AM

**Out for Delivery**
CHINA
August 15, 2026 8:29 AM

**Arrival at Post Office**
CHINA
August 15, 2026 7:37 AM

**Processed through Facility**
August 14, 2026 2:22 PM

**Customs Clearance Processing Complete**
CHINA
August 14, 2026 2:21 PM

**Customs Clearance**
CHINA
August 14, 2026 10:09 AM

**Processed Through Facility**
CHINA

**EXHIBIT I**
**Shaanxi tracking history**

Source: ATTEMPTED FOREIGN SERV. Shaanxi Bloom Tech Co., Ltd.(1).pdf

July 25, 2026 12:59 PM

**Departed Post Office**
LITTLE ROCK, AR 72202
July 24, 2026 6:16 PM

**USPS in possession of item**
LITTLE ROCK, AR 72202
July 24, 2026 3:54 PM

**Shipping Label Created**
LITTLE ROCK, AR 72201
July 24, 2026 2:41 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

---

**Text & Email Updates**

---

**USPS Tracking Plus®**

---

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

July 28, 2026 5:00 PM

**Departed USPS Facility**

MEMPHIS, TN 38114
July 28, 2026 1:57 PM

**Departed USPS Facility**

MEMPHIS TN DISTRIBUTION CENTER
July 28, 2026 9:11 AM

**Arrived at USPS Facility**

MEMPHIS, TN 38114
July 25, 2026 1:00 PM

**Departed Post Office**

LITTLE ROCK, AR 72202
July 24, 2026 6:16 PM

**USPS in possession of item**

LITTLE ROCK, AR 72202
July 24, 2026 3:54 PM

**Shipping Label Created**

LITTLE ROCK, AR 72201
July 24, 2026 2:28 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

ALERT: TROPICAL STORM LALA IN HAWAII AND SEVERE WEATHER AND FLOODING IN THE UPPER MID...

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

Remove ✕

Tracking Number:

## LS018355256US

Copy Add to Informed Delivery

### Latest Update

Your item arrived at our USPS facility in MEMPHIS, TN 38114 on August 5, 2026 at 7:39 pm. The item is currently in transit to the destination.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### On the Way

**Arrived at USPS Facility**

MEMPHIS, TN 38114
August 5, 2026 7:39 PM

**Arrived at USPS Facility**

SHREVEPORT LA PACKAGE SORTING CENTER
August 4, 2026 2:50 PM

**Arrived at USPS Facility**

SHREVEPORT LA DISTRIBUTION CENTER
August 3, 2026 8:49 AM

**Arrived at USPS Facility**

SHREVEPORT LA PACKAGE SORTING CENTER
July 30, 2026 1:35 PM

**Arrived at USPS Facility**

DALLAS, TX 75211
July 28, 2026 9:42 PM

**In Transit to Next Facility**

July 28, 2026 8:15 PM

**In Transit to Next Facility**

**EXHIBIT J**
**Alibaba Singapore tracking history**

Source: ATTEMPTED FOREIGN SERV. Alibaba.com Singapore E-Commerce Pte. Limited a.k.a Alibaba.com Singapore E-Commerce(1).pdf

Included to preserve the complete supplied mailing record. This correction motion does not seek new relief concerning this recipient.

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

**USPS in possession of item**

LITTLE ROCK, AR 72202
July 24, 2026 3:54 PM

**Shipping Label Created**

LITTLE ROCK, AR 72201
July 24, 2026 2:52 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

ALERT: TROPICAL STORM LALA IN HAWAII AND SEVERE WEATHER AND FLOODING IN THE UPPER MID...

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

Remove ✕

Tracking Number:

## LS018355534US

Copy Add to Informed Delivery

### Latest Update

Your item departed a transfer airport in O'HARE, UNITED STATES on August 17, 2026 at 7:14 pm. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### International Transit

**Departed**

UNITED STATES
August 17, 2026 7:14 PM

**Arrived**

UNITED STATES
August 17, 2026 1:46 PM

**Processed Through USPS Facility**

CHICAGO IL INTERNATIONAL DISTRIBUTION CENTER
August 17, 2026 5:27 AM

**Arrived at USPS Facility**

CHICAGO IL INTERNATIONAL DISTRIBUTION CENTER
August 15, 2026 6:13 PM

**Arrived at USPS Facility**

CHICAGO IL INTERNATIONAL DISTRIBUTION CENTER
August 15, 2026 6:13 PM

**Departed Post Office**

LITTLE ROCK, AR 72202
July 24, 2026 6:16 PM

ALERT: TROPICAL STORM LALA IN HAWAII AND SEVERE WEATHER AND FLOODING IN THE UPPER MID...

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

Remove X

Tracking Number:

## LS018355327US

Copy    Add to Informed Delivery

### Latest Update

Your item was processed through a facility in CHINA on August 6, 2026 at 9:40 am. The item is currently in transit to the destination.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### International Transit

**Processed Through Facility**
CHINA
August 6, 2026 9:40 AM

**Departed**
UNITED STATES
August 5, 2026 4:51 PM

**Departed**
UNITED STATES
August 4, 2026 11:20 AM

**Departed**
UNITED STATES
August 3, 2026 8:31 PM

**Arrived**
UNITED STATES
August 3, 2026 3:44 PM

**Arrived at USPS Facility**
MIAMI FL INTERNATIONAL DISTRIBUTION CENTER
August 2, 2026 10:20 AM

**Processed Through USPS Facility**

# EXHIBIT K
## AliExpress tracking history

Source: ATTEMPTED FOREIGN SERV. AliExpress E-Commerce One Pte. Ltd.(1).pdf

Included to preserve the complete supplied mailing record. This correction motion does not seek new relief concerning this recipient.

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

MIAMI FL INTERNATIONAL
DISTRIBUTION CENTER
August 2, 2026 9:46 AM

**Arrived at USPS Facility**

MIAMI FL INTERNATIONAL
DISTRIBUTION CENTER
August 1, 2026 8:13 AM

**Arrived at USPS Facility**

MIAMI FL INTERNATIONAL
DISTRIBUTION CENTER
August 1, 2026 8:12 AM

**Arrived at USPS Facility**

MEMPHIS, TN 38114
July 25, 2026 12:59 PM

**Departed Post Office**

LITTLE ROCK, AR 72202
July 24, 2026 6:16 PM

**USPS in possession of item**

LITTLE ROCK, AR 72202
July 24, 2026 3:54 PM

**Shipping Label Created**

LITTLE ROCK, AR 72201
July 24, 2026 2:34 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

**DECLARATION OF BEIXIAO ROBERT LIU**

I, Beixiao Robert Liu, declare as follows:

1. I submit this declaration in support of the accompanying Notice of Removal filed by Defendants Alibaba.com US E-Commerce Corp. and Alibaba Group Holding Limited (collectively, "the Removing Defendants"), which removes the Circuit Court of Pulaski County, Arkansas lawsuit *Bradley Burchfield v. Alibaba.com Singapore E-Commerce Private Limited*, Case No. 60CV-26-9730 (the "State Court Lawsuit") to the United States District Court for the Eastern District of Arkansas. I am an attorney admitted to practice in the United States District Court for the Eastern District of Arkansas. I represent the Removing Defendants.

2. I make this declaration based on personal knowledge and my review of the website discussed below. I am over the age of eighteen. If called as a witness, I could and would competently testify to the statements set forth below.

3. I was born in the People's Republic of China ("China"). I am fluent in Mandarin Chinese and English.

4. Plaintiff named various defendants in the State Court Lawsuit, including "Zichang New Materials (Shandong) Co., Ltd." That name is an English translation of a company's Mandarin Chinese name: 紫昌新材料（山东）有限公司.

5. There is an official government website in China that provides information about Chinese corporations. That website address is http://www.gsxt.gov.cn. I searched that website for information about Zichang New Materials (Shandong) Co., Ltd. That website shows that that company changed its name to Zhishang New Materials (Shandong) Co., Ltd. in October 2021 and changed its name again to Zhishang New Materials (Jinan) Co., Ltd. in June 2025. I refer to that company here as "Zichang/Zhishang." That website further shows that Zichang/Zhishang is (and

**EXHIBIT L**

**Liu declaration and registry materials from 00827**

Source: Case 4:26-cv-00827, ECF 1-1, pp. 77–88.

# EXHIBIT A

has been since before June 1, 2026) a corporation incorporated under the laws of China, with its principal place of business (headquarters) in China. That website information (including an English translation) is attached as **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of August, 2026.

B. Robert Liu

Beixiao Robert Liu

（报告内容仅供参考，具体内容请以国家企业信用信息公示系统查询页面为准）

## 政府部门公示信息

### 照面信息

**统一社会信用代码：** 91370112MA3WPR1G9W

**企业名称：** 至上新材料（济南）有限公司

**类型：** 有限责任公司(自然人投资或控股)

**法定代表人：** 王宇林

**注册资本：** 1.000000万

**成立日期：** 2021年04月25日

**营业期限自：** 2021年04月25日

**营业期限至：**

**登记机关：** 济阳区市场监督管理局

**核准日期：** 2026年06月17日

**登记状态：** 在营（开业）企业

**住所：** 山东省济南市济阳区济阳街道华阳路东、纬一路南客房七层华阳大厦705室

**经营范围：** 一般项目：新材料技术研发；技术服务、技术开发、技术咨询、技术交流、技术转让、技术推广；化工产品销售（不含许可类化工产品）；机械设备租赁；机械设备销售；第二类医疗器械销售；第一类医疗器械销售；电子产品销售；五金产品批发；五金产品零售；建筑材料销售；饲料添加剂销售。（除依法须经批准的项目外，凭营业执照依法自主开展经营活动）许可项目：货物进出口。（依法须经批准的项目，经相关部门批准后方可开展经营活动，具体经营项目以相关部门批准文件或许可证件为准）

（以上信息仅供参考，具体内容请以国家企业信用信息公示系统查询页面为准）

# 国家企业信用信息公示系统

NATIONAL ENTERPRISE CREDIT INFORMATION PUBLICITY SYSTEM

# 企业信用信息公示报告

**企业名称** 至上新材料（济南）有限公司

**报告生成时间** 2026/8/8 15:20:47

(The content of this report is for reference only; please refer to the query page of the National Enterprise Credit Information Publicity System for specific details)

## Government Information Disclosure

### Licensing Information

**Unified Social Credit Code:** 91370112MA3WPR1G9W **Company Name:** Zhishang New Materials (Jinan) Co., Ltd. **Type:** Limited Company (Invested or Controlled by Natural Persons) **Legal Representative:** Wang Yulin

**Registered Capital:** 1.000000 ten thousand **Date of Establishment:** April 25, 2021

**Business Term From:** April 25, 2021 **Business Term Ends:**

**Registration Authority:** Jiyang District Market Supervision Administration **Approval Date:** June 17, 2026

**Registration Status:** Active (Operating) Enterprise

**Address:** Room 705, Huayang Building, 7th Floor, East of Huayang Road and South of Weiyi Road, Jiyang Subdistrict, Jiyang District, Jinan City, Shandong Province

**Scope of Business**: General Items: R&D of new materials; technical services, technical development, technical consulting, technical exchange, technology transfer, and technology promotion; sale of chemical products (excluding licensed chemical products); leasing of machinery and equipment; sale of machinery and equipment; sale of Class II medical devices; sale of Class I medical devices; sale of electronic products; wholesale of hardware products;retail of hardware products; sale of building materials; sale of feed additives. (Except for items requiring approval in accordance with the law, the company may independently conduct business activities in accordance with the law based on its business license.) Licensed Activities: Import and export of goods. (For items requiring approval in accordance with the law, business activities may only be conducted after approval by the relevant authorities; specific business items are subject to the approval documents or licenses issued by the relevant authorities.)

(The above information is for reference only; please refer to the query page of the National Enterprise Credit Information Publicity System for specific details.)

国家企业信用信息公示系统
NATIONAL ENTERPRISE CREDIT INFORMATION PUBLICITY SYSTEM

# Corporate Credit Information Disclosure Report

**Company Name** Zhi Shang New Materials (Jinan) Co., Ltd.

**Report Generation Date** August 8, 2026, 3:20:47 PM

协助涤除信息

**抽查检查信息 ^**

双随机抽查结果信息

产品质量监督抽查结果信息

认证监督抽查检查结果信息

食品抽查检查结果信息

其他抽查检查结果信息

**违法失信信息 ^**

行政处罚信息

列入经营异常名录信息

列入严重违法失信名单（黑名单）信息

## 变更信息

| 序号 | 变更事项 | 变更前内容 | 变更后内容 | 变更日期 |
|---|---|---|---|---|
| 6 | 地址变更（住所地址、经营场所、驻在地址等变更） | 山东省济南市历城区北园大街9号荣盛时代国际广场1号楼、2号底层商业楼1621 | 山东省济南市高新区舜华路街道工业南路44号丁豪广场CD座2-2007号 | 2025年6月3日 |
| 7 | 章程备案 | | | 2025年6月3日 |
| 8 | 名称变更（字号名称、集团名称等） | 凯昌新材料（山东）有限公司 | 坚上新材料（山东）有限公司 | 2021年10月14日 |
| 9 | 地址变更（住所地址、经营场所、驻在地址等变更） | 山东省济南市历城区华信路3号鑫苑鑫中心2号楼907室 | 山东省济南市历城区北园大街9号荣盛时代国际广场1号楼、2号底层商业楼1621 | 2021年10月14日 |
| 10 | 投资人变更（包括出资额、出资方式、出资日期、投资人名称等） | 股东（发起人）名称:王宇林,证件(照)类型:中华人民共和国居民身份证,证件(照)号码:... | 股东（发起人）名称:王晴晴,证件(照)类型:中华人民共和国居民身份证,证件(照)号码:... | 2021年10月14日 |

共查询到11条记录 共3页

首页 上一页 1 2 3 下一页 末页

业务咨询与技术支持联系方式 使用帮助

首页 企业信息填报 信息公告 重点领域企业 导航 18888...

# 国家企业信用信息公示系统
National Enterprise Credit Information Publicity System

企业信用信息 经营异常名录 严重违法失信名单
请输入企业名称、统一社会信用代码或注册号

目录导航 全部收起
基础信息
营业执照信息
营业期限信息
股东及出资信息
主要人员信息
分支机构信息
"多证合一"信息公示
清算信息
变更信息
另册管理
获得荣誉信息
信誉信息
行政许可信息
行政许可信息
知识产权信息
知识产权信息
知识产权出质登记信息
商标注册信息
名称转让信息
抵押出质信息
动产抵押登记信息
股权出质登记信息
司法协助信息
司法协助信息
依人民法院判决申请撤销登记信息

## 至上新材料（济南）有限公司 在营（开业）企业

关注 更多

统一社会信用代码：91370112MA3WPR1G9W
注册号：
法定代表人：王宇梓
登记机关：济阳区市场监督管理局
成立日期：2021年04月25日

股东及出资信息 变更信息 行政许可信息 企业年报信息 行政处罚信息 列入经营异常名... 列入严重违法失...

### 营业执照信息

| | | | |
|---|---|---|---|
| 统一社会信用代码： | 91370112MA3WPR1G9W | 企业名称： | 至上新材料（济南）有限公司 |
| 注册号： | | 法定代表人： | 王宇梓 |
| 类型： | 有限责任公司(自然人投资或控股) | 成立日期： | 2021年04月25日 |
| 注册资本： | 1.000000万 | 核准日期： | 2026年06月17日 |
| 登记机关： | 济阳区市场监督管理局 | 登记状态： | 在营（开业）企业 |
| 住所： | 山东省济南市济阳区济阳街道华阳路东、纬一路南晋房七层华阳大厦705室 | | |
| 经营范围： | 一般项目：新材料技术研发；技术服务、技术开发、技术咨询、技术交流、技术转让、技术推广；化工产品销售（不含许可类化工产品）；机械设备租赁；机械设备销售；第二类医疗器械销售；第一类医疗器械销售；电子产品销售；五金产品批发；五金产品零售；建筑材料销售；饲料添加剂销售。（除依法须经批准的项目外，凭营业执照依法自主开展经营活动）许可项目：货物进出口。（依法须经批准的项目，经相关部门批准后方可开展经营活动，具体经营项目以相关部门批准文件或许可证件为准） | | |

提示：根据《市场主体登记管理条例》及其实施细则，按照《市场监管总局办公厅关于调整营业执照照面事项的通知》要求，国家企业信用信息公示系统将营业执照照面公示内容作相应调整，详见 https://www.samr.gov.cn/zw/zfxxgk/fdzdgknr/djzcj/art/2023/art_9c67139da37e48fc8955d42d130947b2.html

Home | Corporate Information Submission | Announcements | Companies in Key Sectors | Navigation | 1000...

国家企业信用信息公示系统
National Enterprise Credit Information Publicity System

Enterprise Credit Information | List of Businesses with Abnormal Operations | List of Seriously Law-Breaking and Untrustworthy Entities

Table of Contents Navigation
**Basic Information** ^
Business License Information | Shareholder and Capital Contribution Information | Key Personnel Information | Branch
**Awards and Honors** ^
**Administrative Licensing Information**
**Intellectual Property Information** ^
Intellectual Property Information
**Judicial Assistance Information** ^
**Mortgage and Pledge Information** ^
Mortgages of Personal Property Registration Information

## Zhi Shang New Materials (Jinan) Co., Ltd.

**Unified Social Credit Code** [illegible]
**Registration Number**
**Legal Representative** Wang Xulin
**Registration Authority** Jiyang District Market Supervision Administration
**Date of Establishment** April 25, 2021

Change Information | Administrative Licensing Information | Annual Report Information | Administrative Penalty Information | Listed on the Abnormal Business Operations List | Listed on the List of Serious Violations

### Business License Information

| | | | |
|---|---|---|---|
| **Unified Social Credit Code** | 91370112MA3WPR1G9H | **Company Name** | Zhi Shang New Materials (Jinan) Co., Ltd. |
| **Registration Number** | | **Legal Representative** | Wang Xulin |
| **Type** | Limited Company (Invested in or Controlled by a Natural Person) | **Date of Establishment** | April 25, 2021 |
| **Registered Capital** | 1,000,000 | **Approval Date** | June 17, 2025 |
| **Registration Authority** | Jiyang District Market Supervision Administration | **Registration Status** | Active (Operating) Enterprise |
| **Address** | Room 705, Huayang Building, 7th Floor, East of Huayang Road and South of Weiyi Road, Jiyang Subdistrict, Jiyang District, Jinan City, Shandong Province | | |
| **Scope of Business** | General Business Activities Research and development of new materials technology technical services technical development, technical consulting technical exchange, technology transfer technology promotion sales of chemical products (excluding licensed chemical products) leasing of machinery and equipment sales of machinery and equipment sales of Class II medical devices sales of Class I medical devices sales of electronic products wholesale of hardware products Retail of hardware products Sale of building materials Sale of food additives. (Except for items requiring approval in accordance with the law, the company may independently conduct business activities in accordance with the law based on its business license) Licensed Activities Import and export of goods. (For items requiring approval in accordance with the law, business activities may only be conducted after approval by the relevant authorities; specific business items shall be subject to the relevant authorities' approval documents or licenses.) | | |

# EXHIBIT M
## Company published bilingual identity excerpt

Source: Company-issued PDF, identity excerpt with source URL on following page.

[illegible]

**Random Inspection Information ^**

[illegible]

**Information on Violations and Breaches of Trust ^**

[illegible]

**Change Informatio**

| No. | Changes | Original Content | Revised Content | Date of Change |
|---|---|---|---|---|
| [illegible] | Address Change: Residential Address; Business Premises; Registered Address, etc. | No. 5 [illegible] Avenue, Licheng District, Tinan City, Shandong Province, Rongsheng Times International, Building 1, Ground Floor Commercial Building 2, Unit 1621 | Unit [illegible], Block [illegible], No. 44 [illegible] Road, [illegible] Subdistrict, [illegible] District, [illegible] City, Shandong Province; [illegible] Plaza, Block [illegible], Unit [illegible] | June 3, 2025 |
| [illegible] | Articles of Association Filing | | | June 3, 2025 |
| [illegible] | Name Change (Trade Name, Brand Name, etc.) | [illegible] New Materials (Shandong) Co., Ltd. | [illegible] New Materials (Shandong) Co., Ltd. | October 14, [illegible] |
| 9 | Address Change: Registered Address; Business Premises; Location Address, etc. | Room 901, Building 2, [illegible] Center, No. 3 [illegible] Road, Licheng District, Tinan City, Shandong Province; Room 901 | Room 901, Building 2, [illegible] Center, No. 3 [illegible] Road, Licheng District, Tinan City, Shandong Province; [illegible] commercial units in Buildings 1 and 2, Rongsheng Times International Plaza, No. 9 [illegible] Avenue, Licheng District, Tinan City, Shandong; Building 1 and Ground Floor of Commercial Building 2, Unit [illegible] | October 14, [illegible] |
| [illegible] | Changes to Investors (including contribution amount, method of contribution, Investor Name, etc.) | Shareholder (Founder) Name: [illegible]; ID Type: People's Republic of China Resident ID Card; ID Number: [illegible] | Shareholder (Founder) Name: [illegible]; ID Type: People's Republic of China Resident Identity Card; ID Number: [illegible] | October 14, [illegible] |

[illegible]

## Company document identity excerpt

The following company-name lines are transcribed from the publicly available company-issued PDF identified below. This page is an excerpt, not a copy of the full certificate, and is offered only to identify the names used by the company.

陕西初绽科技有限公司

Shaanxi BLOOM TECH Co., Ltd

Source: company website, Diphenic-Acid.pdf, page 1.

https://www.bloomtechz.com/Content/upload/pdf/202235373/Diphenic-Acid.pdf?rnd=51

Source reviewed November 5, 2026. No product-quality or transaction assertion from that certificate is offered here.

# EXHIBIT A
## Registry search showing historical names

Source: ZICHANG NEW MATERIALS AKA ZHISHANG 1.pdf

Supplied registry printout. English labels appear as translated in the original supplied file; this cover does not certify the translation.