**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**Central Division**

| | |
|---|---|
| BRADLEY BURCHFIELD,<br><br>Plaintiff,<br><br>v.<br><br>ALIBABA.COM SINGAPORE E-COMMERCE PRIVATE LIMITED, *et al.*,<br><br>Defendants. | No. 4:26-cv-00827-DPM-JJV |

**DEFENDANTS ALIBABA GROUP HOLDING LIMITED'S AND ALIBABA.COM US E-COMMERCE CORP.'S RESPONSE TO PLAINTIFF'S REQUEST TO ISSUE OR REISSUE FEDERAL SUMMONSES AND FOR CLARIFICATION OF PLEADING TO BE SERVED**

Without waiving any arguments or defenses, Defendants Alibaba Group Holding Limited and Alibaba.com US E-Commerce Corp. (collectively, "Responding Defendants") hereby respond to Plaintiff's Request to Issue or Reissue Federal Summonses and for Clarification of Pleadings to be Served ("Plaintiff's Request") (ECF No. 46). Plaintiff's Request is not called a "motion" and Plaintiff did not file a brief in support, so it is not clear whether a response is needed. To the extent that a response is needed, the Responding Defendants respond as follows.

The docket sheet reflects that the Clerk's office issued summons to Plaintiff on November 30, 2026. That part of Plaintiff's Request has been resolved.

Turning to Plaintiff's request for clarification regarding which pleading(s) should be served, that is not necessary because—as discussed in more detail in prior briefing in this lawsuit—Plaintiff filed only one complaint in this lawsuit. That is the only operative complaint; Plaintiff never filed an amended complaint for this lawsuit.

Dated: November 5, 2026

Respectfully submitted,

McDANIEL WOLFF PLLC

Bart W. Calhoun, No. 2011221
Brittany D. Webb, No. 2023139
Ginny Ashcraft, No. 2023232
1307 West 4th Street
Little Rock, AR 72201
(501) 954-8000
bart@mcdanielwolff.com
bwebb@mcdanielwolff.com
gashcraft@mcdanielwolff.com

and

BALANCE LAW FIRM

B. Robert Liu (NY Bar: 5697552)
1 World Trade Center, Suite 8500
New York, NY 10007
(212) 741-8080
robert.liu@balancelawfirm.com

*Attorneys for Defendants Alibaba Group Holding Limited and Alibaba.com US E-Commerce Corp.*

CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2026, I electronically filed the foregoing Response with the Clerk of the Court using the CM/ECF system. I further certify that, because Plaintiff is proceeding *pro se* and is not a registered CM/ECF participant, I served a true and correct copy of the foregoing Response via United States First-Class Mail, postage prepaid, addressed to Plaintiff as follows:

Bradley Burchfield
5420 Kavanaugh Blvd. #7927
Little Rock, AR 72217

/s/ Brittany D. Webb
Brittany D. Webb, Ark. Bar No. 2023139